| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br><br>Edward Y. Lee (SBN 171996)<br>LEE & FIELDS<br>A Professional Corporation<br>3701 Wilshire Boulevard, Suite 510<br>Los Angeles, California 90010<br>(213)380-5858<br>(213)380-5860 fax |  |

ATTORNEYS FOR: Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**MJJ**

| | |
|---|---|
| DIAN C. LYMBURNER, individually and on behalf of others similarly situated,<br><br>Plaintiff(s),<br>v.<br><br>U.S. FINANCIAL FUNDING, INC., a California Corporation and Does 1 through 10, inclusive<br><br>Defendant(s) | CASE NUMBER **CV 08 0325**<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Dian C. Lymburner, individually and on behalf of others similarly situated
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                        **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Dian C. Lymburner                         Customer of U.S. Financial Funding Inc.

U.S. Financial Funding, Inc.              Lender to Plaintiff


January 15, 2008
Date                    Sign

                        Edward Y. Lee, Esq.
                        Attorney of record for or party appearing in pro per

**NOTICE OF INTERESTED PARTIES**
CV-30 (12/03)