Edward Y. Lee (171996)
edlee@leefieldslaw.com
Christopher P. Fields (SBN 174155)
chrisfields@leefieldslaw.com
**LEE & FIELDS, A.P.C.**
3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
Phone: (213) 380-5858

Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq.(SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444
Fax: (310) 854-0812

Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (818) 867-4820

Attorneys for Plaintiff and all Others Similarly Situated

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAN C. LYMBURNER, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FINANCIAL FUNDING, INC., a California corporation, and Does 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV08-0325 MJJ<br><br>**NOTICE OF RELATED CASES** |

Pursuant to United States District Court for the Northern District, Local Rule 3-1.3, plaintiff, DIAN C. LYMBURNER, on behalf of herself and all others similarly situated, (hereinafter "Plaintiff") by her counsel, hereby states that this action is related to *Armando Plascencia and Melania Plascencia, individually and on behalf of all others similarly situated v. Lending 1st Mortgage and Lending 1st Mortgage, LLC; and*

LEE & FIELDS
A PROFESSIONAL CORPORATION
3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
(213) 380-5858

NOTICE OF RELATED CASES

- 1 -

1  *Does 1 through 10, inclusive*, USDC Case No. CO7-04485 JW, which Plaintiffs
2  *Plascencia* filed on August 29, 2008. This is the first filed of these related cases and
3  was assigned to the Honorable James Ware.
4      This case is also related to *Mandrigues v. World Savings, et al*, C07-04497 RS,
5  assigned to the Honorable Richard Seeborg; *O'Donnell v. Bank of America*
6  *Corporation, et al,* C07-04500 RMW, assigned to the Honorable Ronald M. White;
7  *Romero v. First Magnus etc., et al., C07-04491 RS, assigned to the Honorable Richard*
8  *Seeborg; Amparan v. Plaza Home Mortgage, Inc.*, C07-04498 PVT, assigned to the
9  Honorable Patricia V. Trumbull; *Brooks v. Community Lending,* C07-04501 JF,
10 assigned to the Honorable S. James Otero.
11     In this action as well as the aforementioned cases, plaintiff seeks to enforce her
12 rights under the Truth in Lending Act, 15 U.S.C. § 1601 et seq. in connection with
13 Option Adjustable Rate Mortgages sold by the defendants. The legal and factual issues
14 in all of the aforementioned actions are virtually identical, as the events on which
15 plaintiff's claims are based in the actions are virtually identical and the legal claims
16 asserted in all of the aforementioned actions are virtually identical. Indeed, the acts,
17 omissions, and statements alleged in both actions to violate the Truth in Lending Act
18 are essentially the same.
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

LEE & FIELDS
A PROFESSIONAL CORPORATION
3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
(213) 380-5858

Accordingly, the cases call for determination of the same or substantially identical questions of law and fact.

DATED: February 6, 2008

LEE & FIELDS
A Professional Corporation

By: _____
Edward Y. Lee, Esq.
Christopher P. Fields, Esq.
3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
Phone: (213) 380-5858
Fax: (213) 380-5860

Paul R. Kiesel, Esq.
Patrick Deblase, Esq.
Michael C. Eyerly, Esq.
KIESEL BOUCHER LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, California 90210
Phone: (310) 854-4444
Fax: (310) 854-0812

Jeffrey K. Berns, Esq.
LAW OFFICES OF JEFFREY K. BERNS
19510 Ventura Blvd, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000
Fax: (818) 867-4820

Attorneys for Plaintiff and all others Similarly Situated

LEE & FIELDS
A PROFESSIONAL CORPORATION
3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
(213) 380-5858

NOTICE OF RELATED CASES

- 3 -