**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROGER S. RAPHAEL, SB# 111946
SHAHRAM NASSI, SB# 239812
One Sansome Street, Suite 1400
San Francisco, California  94104
Telephone:     (415) 362-2580
Facsimile:     (415) 434-0882

Attorneys for Defendant, U.S. Financial Funding, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAN C. LYMBURNER, individually, and on behalf of others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. FINANCIAL FUNDING, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO. CV 08-0325 MJJ<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING DEFENDANT U.S. FINANCIAL FUNDING, INC,'S RESPONSE TO PLAINTIFF'S COMPLAINT** |

Plaintiff DIAN C. LYMBURNER and Defendant U.S. FINANCIAL FUNDING, INC., by and through their respective attorneys of record, do hereby stipulate and agree that the time for U.S. FINANCIAL FUNDING, INC. to respond to Plaintiff's Complaint in the above-referenced action shall be extended up to and including March 28, 2008.

///
///
///
///
///
///
///

1  IT IS FURTHER STIPULATED that a facsimile signature shall be deemed to be an original
2  signature.
3  IT IS SO STIPULATED.

5  DATED: February 26, 2008    LEWIS BRISBOIS BISGAARD & SMITH LLP

7  By: /s/
8  ROGER S. RAPHAEL
   SHAHRAM NASSI Attorneys for Defendant U.S.
9  FINANCIAL FUNDING, INC.

10
11 DATED: February 26, 2008    LEE & FIELDS, A.P.C.

13 By: /s/
   Edward Y. Lee
14 Christopher Fields
   Attorneys for Plaintiff, DIAN C. LYMBURNER

17              **ORDER**

18 Based upon the foregoing Stipulation:
19  IT IS HEREBY ORDERED that U.S. FINANCIAL FUNDING, INC. will have through and
20 including March 28, 2008, in which to file a response to plaintiff's complaint in the above-
21 referenced matter.

23 DATED:_____

   _____
   UNITED STATES DISTRICT JUDGE

4844-4711-5266.1
STIPULATION AND ORDER TO EXTEND TIME FOR FILING DEFENDANT U.S. FINANCIAL FUNDING, INC.'S RESPONSE TO PLAINTIFF'S COMPLAINT.

LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800