LEWIS BRISBOIS BISGAARD & SMITH LLP
ROGER S. RAPHAEL, SB# 111946
SHAHRAM NASSI,    SB# 239812
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:    (415) 362-2580
Facsimile:    (415) 434-0882

Attorneys for Defendant, U.S. Financial Funding, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAN C. LYMBURNER, individually, and on behalf of others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. FINANCIAL FUNDING, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO. CV 08-0325 **SBA** (Oakland)<br>**E-FILING**<br><br>**NOTICE OF APPEARANCE OF ROGER S. RAPHAEL** |

PLEASE TAKE NOTICE that ROGER S. RAPHAEL, SB# 111946, of the Law Offices of Lewis Brisbois Bisgaard & Smith LLP, One Sansome Street, Suite 1400, San Francisco, California 94104, Telephone: (415) 362-2580, Facsimile: (415) 434-0882 and e-mail: raphael@lbbslaw.com, has entered his appearance on behalf of Defendant U.S. FINANCIAL FUNDING, INC.

DATED: February 29, 2008        LEWIS BRISBOIS BISGAARD & SMITH LLP

                                By: _____
                                     ROGER S. RAPHAEL
                                     Attorneys for Defendant
                                     U.S. FINANCIAL FUNDING, INC.

4822-8986-7010.1
NOTICE OF APPEARANCE OF ROGER S. RAPHAEL, ON BEHALF OF DEFENDANT U.S. FINANCIAL FUNDING, INC.

*Dian C. Lymburner v. U.S. Financial Funding, Inc.*
USDC, Northern District, Case No. CV 08-0325 MJJ

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On February 29, 2008, I served the following document(s): **NOTICE OF APPEARANCE OF ROGER S. RAPHAEL (with e-filing confirmation).**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**Following attorney served by mail, as he is not entered on the court's electronic e-filing.**

Edward Young Lee, Esq.
Lee & Fields, A.P.C.
3701 Wilshire Blvd., #510
Los Angeles, CA 90010

The documents were served by the following means:

[X]   (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):
  [ ]   Deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.
  [X]   Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 29, 2008, at San Francisco, California.

_____
Arleigh Koulax

4818-3812-7106.1