LEWIS BRISBOIS BISGAARD & SMITH LLP
ROGER S. RAPHAEL, SB# 111946
SHAHRAM NASSI, SB# 239812
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:   (415) 362-2580
Facsimile:   (415) 434-0882

Attorneys for Defendant, U.S. Financial Funding, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAN C. LYMBURNER, individually, and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. FINANCIAL FUNDING, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. CV 08-0325 XXX SBA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING DEFENDANT U.S. FINANCIAL FUNDING, INC.'S RESPONSE TO PLAINTIFF'S COMPLAINT** |

   Plaintiff DIAN C. LYMBURNER and Defendant U.S. FINANCIAL FUNDING, INC., by and through their respective attorneys of record, do hereby stipulate and agree that the time for U.S. FINANCIAL FUNDING, INC. to respond to Plaintiff's Complaint in the above-referenced action shall be extended up to and including March 28, 2008.

///
///
///
///
///
///
///

4844-4711-5266.1                                     -1-
STIPULATION AND ORDER TO EXTEND TIME FOR FILING DEFENDANT U.S. FINANCIAL FUNDING, INC.'S RESPONSE TO PLAINTIFF'S COMPLAINT.

1     IT IS FURTHER STIPULATED that a facsimile signature shall be deemed to be an original signature.

IT IS SO STIPULATED.

DATED: February 26, 2008      LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
ROGER S. RAPHAEL
SHAHRAM NASSI Attorneys for Defendant U.S.
FINANCIAL FUNDING, INC.

DATED: February 26, 2008      LEE & FIELDS, A.P.C.

By: _____
Edward Y. Lee
Christopher Fields
Attorneys for Plaintiff, DIAN C. LYMBURNER

### ORDER

Based upon the foregoing Stipulation:

IT IS HEREBY ORDERED that U.S. FINANCIAL FUNDING, INC. will have through and including March 28, 2008, in which to file a response to plaintiff's complaint in the above-referenced matter.

DATED: 3/4/08      _____
UNITED STATES DISTRICT JUDGE

4844-4711-5266.1

STIPULATION AND ORDER TO EXTEND TIME FOR FILING DEFENDANT U.S. FINANCIAL FUNDING, INC.'S RESPONSE TO PLAINTIFF'S COMPLAINT.