1    **LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROGER S. RAPHAEL, SB# 111946
2    SHAHRAM NASSI, SB# 239812
One Sansome Street, Suite 1400
3    San Francisco, California 94104
Telephone:    (415) 362-2580
4    Facsimile:    (415) 434-0882

5    Attorneys for Defendant, U.S. Financial Funding, Inc.

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11    DIAN C. LYMBURNER, individually, and on    )    CASE NO. C 08-00325 SBA (Oakland)
behalf of others similarly situated,    )    **E-FILING**
12                                          )
            Plaintiff,                )
13                                          )    **DEFENDANT U.S. FINANCIAL FUNDING,**
                                         )    **INC.'S ANSWER TO PLAINTIFF'S CLASS**
14       v.                               )    **ACTION COMPLAINT**
                                         )
15                                          )
U.S. FINANCIAL FUNDING, INC., a         )    **(Demand for Jury Trial)**
16    California corporation, and DOES 1 through 10, )
inclusive,                                    )
17                                          )
           Defendants.            )    Complaint filed: January 17, 2008
18 _____ )

19         Comes now Defendant U.S. FINANCIAL FUNDING, INC., ("Defendant") in the above-

20    entitled action and answering and countering the complaint of Plaintiff DIAN C. LYMBURNER

21    ("Plaintiff") admits, denies and alleges as follows:

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

# I. ADMISSIONS AND DENIALS

## INTRODUCTION

1.      Answering paragraph 1 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

## THE PARTIES

2.      Answering paragraph 2 of Plaintiff's complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of all the allegations in said paragraph, and on that basis denies each and every allegation contained therein.

3.      Answering paragraph 3 of Plaintiff's complaint, Defendant admits it is a California Corporation licensed to do business and doing business in California.  Defendant further admits it transacts business in Sonoma, California.  Except as so admitted, Defendant denies each and every allegation contained in said paragraph.

4.      Answering paragraph 4 of Plaintiff's complaint, Defendant neither denies nor admits the allegations contained in said paragraph.

5.      Answering paragraph 5 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

6.      Answering paragraph 6 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

7.      Answering paragraph 7 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

8.      Answering paragraph 8 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

9.      Answering paragraph 9 of Plaintiff's complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of all the allegations in said paragraph, and on that basis denies each and every allegation contained therein.

10.      Answering paragraph 10 of Plaintiff's complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of all the allegations in said paragraph, and on that basis denies each and every allegation contained therein.

LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

DEFENDANT U.S. FINANCIAL FUNDING, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT; JURY DEMAND

1    11.    Answering paragraph 11 of Plaintiff's complaint, Defendant is without sufficient

2   knowledge or information to form a belief as to the truth of all the allegations in said paragraph, and

3   on that basis denies each and every allegation contained therein.

4    12.    Answering paragraph 12 of Plaintiff's complaint, Defendant denies each and every

5   allegation contained in said paragraph.

6    **JURISDICTION AND VENUE**

7    13.    Answering paragraph 13 of Plaintiff's complaint, Defendant is without sufficient

8   knowledge or information to form a belief as to the truth of all the allegations in said paragraph, and

9   on that basis denies each and every allegation contained therein.

10    14.    Answering paragraph 14 of Plaintiff's complaint, Defendant is without sufficient

11   knowledge or information to form a belief as to the truth of all the allegations in said paragraph, and

12   on that basis denies each and every allegation contained therein.

13    15.    Answering paragraph 15 of Plaintiff's complaint, Defendant is without sufficient

14   knowledge or information to form a belief as to the truth of all the allegations in said paragraph, and

15   on that basis denies each and every allegation contained therein.

16    **FACTS COMMON TO ALL CAUSES OF ACTION**

17    16.    Answering paragraph 16 of Plaintiff's complaint, Defendant denies each and every

18   allegation contained in said paragraph.

19    17.    Answering paragraph 17 of Plaintiff's complaint, Defendant denies each and every

20   allegation contained in said paragraph.

21    18.    Answering paragraph 18 of Plaintiff's complaint, Defendant denies each and every

22   allegation contained in said paragraph.

23    19.    Answering paragraph 19 of Plaintiff's complaint, Defendant denies each and every

24   allegation contained in said paragraph.

25    20.    Answering paragraph 20 of Plaintiff's complaint, Defendant denies each and every

26   allegation contained in said paragraph.

27    21.    Answering paragraph 21 of Plaintiff's complaint, Defendant denies each and every

28   allegation contained in said paragraph.

**LEWIS, D'AMATO, BRISBOIS & BISGAARD** LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

1     22.     Answering paragraph 22 of Plaintiff's complaint, Defendant denies each and every

2     allegation contained in said paragraph.

3     23.     Answering paragraph 23 of Plaintiff's complaint, Defendant denies each and every

4     allegation contained in said paragraph.

5     24.     Answering paragraph 24 of Plaintiff's complaint, Defendant denies each and every

6     allegation contained in said paragraph.

7     25.     Answering paragraph 25 of Plaintiff's complaint, Defendant denies each and every

8     allegation contained in said paragraph.

9     26.     Answering paragraph 26 of Plaintiff's complaint, Defendant denies each and every

10    allegation contained in said paragraph.

11    27.     Answering paragraph 27 of Plaintiff's complaint, Defendant denies each and every

12    allegation contained in said paragraph.

13    28.     Answering paragraph 28 of Plaintiff's complaint, Defendant denies each and every

14    allegation contained in said paragraph.

15    29.     Answering paragraph 29 of Plaintiff's complaint, Defendant denies each and every

16    allegation contained in said paragraph.

17    30.     Answering paragraph 30 of Plaintiff's complaint, Defendant denies each and every

18    allegation contained in said paragraph.

19    31.     Answering paragraph 31 of Plaintiff's complaint, Defendant denies each and every

20    allegation contained in said paragraph.

21    32.     Answering paragraph 32 of Plaintiff's complaint, Defendant denies each and every

22    allegation contained in said paragraph.

23    33.     Answering paragraph 33 of Plaintiff's complaint, Defendant denies each and every

24    allegation contained in said paragraph.

25    34.     Answering paragraph 34 of Plaintiff's complaint, Defendant denies each and every

26    allegation contained in said paragraph.

27    35.     Answering paragraph 35 of Plaintiff's complaint, Defendant denies each and every

28    allegation contained in said paragraph.

1       36.    Answering paragraph 36 of Plaintiff's complaint, Defendant denies each and every
2  allegation contained in said paragraph.

3       37.    Answering paragraph 37 of Plaintiff's complaint, Defendant denies each and every
4  allegation contained in said paragraph.

5       38.    Answering paragraph 38 of Plaintiff's complaint, Defendant denies each and every
6  allegation contained in said paragraph.

7       39.    Answering paragraph 39 of Plaintiff's complaint, Defendant denies each and every
8  allegation contained in said paragraph.

9       40.    Answering paragraph 40 of Plaintiff's complaint, Defendant denies each and every
10 allegation contained in said paragraph.

11      41.    Answering paragraph 41 of Plaintiff's complaint, Defendant denies each and every
12 allegation contained in said paragraph.

13      42.    Answering paragraph 42 of Plaintiff's complaint, Defendant denies each and every
14 allegation contained in said paragraph.

15      43.    Answering paragraph 43 of Plaintiff's complaint, Defendant denies each and every
16 allegation contained in said paragraph.

17      44.    Answering paragraph 44 of Plaintiff's complaint, Defendant denies each and every
18 allegation contained in said paragraph.

19      45.    Answering paragraph 45 of Plaintiff's complaint, Defendant denies each and every
20 allegation contained in said paragraph.

21      46.    Answering paragraph 46 of Plaintiff's complaint, Defendant denies each and every
22 allegation contained in said paragraph.

23      47.    Answering paragraph 47 of Plaintiff's complaint, Defendant denies each and every
24 allegation contained in said paragraph.

25      48.    Answering paragraph 48 of Plaintiff's complaint, Defendant denies each and every
26 allegation contained in said paragraph.

27      49.    Answering paragraph 49 of Plaintiff's complaint, Defendant denies each and every
28 allegation contained in said paragraph.

LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

DEFENDANT U.S. FINANCIAL FUNDING, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT; JURY DEMAND

1    50.    Answering paragraph 50 of Plaintiff's complaint, Defendant denies each and every

2  allegation contained in said paragraph.

3    51.    Answering paragraph 51 of Plaintiff's complaint, Defendant denies each and every

4  allegation contained in said paragraph.

5    52.    Answering paragraph 52 of Plaintiff's complaint, Defendant denies each and every

6  allegation contained in said paragraph.

7                              **FIRST CAUSE OF ACTION**

8    53.    Answering paragraph 53 of Plaintiff's complaint, Defendant incorporates all

9  preceding paragraphs as though fully set forth herein.

10    54.    Answering paragraph 54 of Plaintiff's complaint, Defendant is without sufficient

11  knowledge or information to form a belief as to the truth of all the allegations in said paragraph, and

12  on that basis denies each and every allegation contained therein.

13    55.    Answering paragraph 55 of Plaintiff's complaint, Defendant is without sufficient

14  knowledge or information to form a belief as to the truth of all the allegations in said paragraph, and

15  on that basis denies each and every allegation contained therein.

16    56.    Answering paragraph 56 of Plaintiff's complaint, Defendant is without sufficient

17  knowledge or information to form a belief as to the truth of all the allegations in said paragraph, and

18  on that basis denies each and every allegation contained therein.

19    57.    Answering paragraph 57 of Plaintiff's complaint, Defendant denies each and every

20  allegation contained in said paragraph.

21    58.    Answering paragraph 58 of Plaintiff's complaint, Defendant denies each and every

22  allegation contained in said paragraph.

23    59.    Answering paragraph 59 of Plaintiff's complaint, Defendant denies each and every

24  allegation contained in said paragraph.

25    60.    Answering paragraph 60 of Plaintiff's complaint, Defendant denies each and every

26  allegation contained in said paragraph.

27    61.    Answering paragraph 61 of Plaintiff's complaint, Defendant denies each and every

28  allegation contained in said paragraph.

LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

1      62.     Answering paragraph 62 of Plaintiff's complaint, Defendant denies each and every

2  allegation contained in said paragraph.

3      63.     Answering paragraph 63 of Plaintiff's complaint, Defendant denies each and every

4  allegation contained in said paragraph.

5      64.     Answering paragraph 64 of Plaintiff's complaint, Defendant denies each and every

6  allegation contained in said paragraph.

7      65.     Answering paragraph 65 of Plaintiff's complaint, Defendant denies each and every

8  allegation contained in said paragraph.

9      66.     Answering paragraph 66 of Plaintiff's complaint, Defendant denies each and every

10  allegation contained in said paragraph.

11      67.     Answering paragraph 67 of Plaintiff's complaint, Defendant denies each and every

12  allegation contained in said paragraph.

13      68.     Answering paragraph 68 of Plaintiff's complaint, Defendant denies each and every

14  allegation contained in said paragraph.

15      69.     Answering paragraph 69 of Plaintiff's complaint, Defendant is without sufficient

16  knowledge or information to form a belief as to the truth of all the allegations in said paragraph, and

17  on that basis denies each and every allegation contained therein.

18      70.     Answering paragraph 70 of Plaintiff's complaint, Defendant denies each and every

19  allegation contained in said paragraph.

20      71.     Answering paragraph 71 of Plaintiff's complaint, Defendant is without sufficient

21  knowledge or information to form a belief as to the truth of all the allegations in said paragraph, and

22  on that basis denies each and every allegation contained therein.

23      72.     Answering paragraph 72 of Plaintiff's complaint, Defendant is without sufficient

24  knowledge or information to form a belief as to the truth of all the allegations in said paragraph, and

25  on that basis denies each and every allegation contained therein.

26      73.     Answering paragraph 73 of Plaintiff's complaint, Defendant denies each and every

27  allegation contained in said paragraph.

28  ///

DEFENDANT U.S. FINANCIAL FUNDING, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT; JURY DEMAND

LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

1    74.    Answering paragraph 74 of Plaintiff's complaint, Defendant denies each and every

2    allegation contained in said paragraph.

3    75.    Answering paragraph 75 of Plaintiff's complaint, Defendant denies each and every

4    allegation contained in said paragraph.

5    76.    Answering paragraph 76 of Plaintiff's complaint, Defendant denies each and every

6    allegation contained in said paragraph.

7    77.    Answering paragraph 77 of Plaintiff's complaint, Defendant denies each and every

8    allegation contained in said paragraph.

9    78.    Answering paragraph 78 of Plaintiff's complaint, Defendant denies each and every

10   allegation contained in said paragraph.

11   79.    Answering paragraph 79 of Plaintiff's complaint, Defendant denies each and every

12   allegation contained in said paragraph.

13   80.    Answering paragraph 80 of Plaintiff's complaint, Defendant denies each and every

14   allegation contained in said paragraph.

15   81.    Answering paragraph 81 of Plaintiff's complaint, Defendant denies each and every

16   allegation contained in said paragraph.

17   82.    Answering paragraph 82 of Plaintiff's complaint, Defendant denies each and every

18   allegation contained in said paragraph.

19   83.    Answering paragraph 83 of Plaintiff's complaint, Defendant denies each and every

20   allegation contained in said paragraph.

21   84.    Answering paragraph 84 of Plaintiff's complaint, Defendant denies each and every

22   allegation contained in said paragraph.

23   85.    Answering paragraph 85 of Plaintiff's complaint, Defendant denies each and every

24   allegation contained in said paragraph.

25   86.    Answering paragraph 86 of Plaintiff's complaint, Defendant denies each and every

26   allegation contained in said paragraph.

27   87.    Answering paragraph 87 of Plaintiff's complaint, Defendant is without sufficient

28   knowledge or information to form a belief as to the truth of all the allegations in said paragraph, and

LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

1 | on that basis denies each and every allegation contained therein.

2 |      88.     Answering paragraph 88 of Plaintiff's complaint, Defendant denies each and every
3 | allegation contained in said paragraph.

4 |      89.     Answering paragraph 89 of Plaintiff's complaint, Defendant denies each and every
5 | allegation contained in said paragraph.

6 |      90.     Answering paragraph 90 of Plaintiff's complaint, Defendant denies each and every
7 | allegation contained in said paragraph.

8 |      91.     Answering paragraph 91 of Plaintiff's complaint, Defendant is without sufficient
9 | knowledge or information to form a belief as to the truth of all the allegations in said paragraph, and
10 | on that basis denies each and every allegation contained therein.

11 |      92.     Answering paragraph 92 of Plaintiff's complaint, Defendant is without sufficient
12 | knowledge or information to form a belief as to the truth of all the allegations in said paragraph, and
13 | on that basis denies each and every allegation contained therein.

14 |      93.     Answering paragraph 93 of Plaintiff's complaint, Defendant is without sufficient
15 | knowledge or information to form a belief as to the truth of all the allegations in said paragraph, and
16 | on that basis denies each and every allegation contained therein.

17 |      94.     Answering paragraph 94 of Plaintiff's complaint, Defendant is without sufficient
18 | knowledge or information to form a belief as to the truth of all the allegations in said paragraph, and
19 | on that basis denies each and every allegation contained therein.

20 |      95.     Answering paragraph 95 of Plaintiff's complaint, Defendant denies each and every
21 | allegation contained in said paragraph.

22 |      96.     Answering paragraph 96 of Plaintiff's complaint, Defendant denies each and every
23 | allegation contained in said paragraph.

24 |      97.     Answering paragraph 97 of Plaintiff's complaint, Defendant denies each and every
25 | allegation contained in said paragraph.

26 |      98.     Answering paragraph 98 of Plaintiff's complaint, Defendant is without sufficient
27 | knowledge or information to form a belief as to the truth of all the allegations in said paragraph, and
28 | on that basis denies each and every allegation contained therein.

1    99.    Answering paragraph 99 of Plaintiff's complaint, Defendant denies each and every

2    allegation contained in said paragraph.

3    100.    Answering paragraph 100 of Plaintiff's complaint, Defendant denies each and every

4    allegation contained in said paragraph.

5    101.    Answering paragraph 101 of Plaintiff's complaint, Defendant denies each and every

6    allegation contained in said paragraph.

7    **SECOND CAUSE OF ACTION**

8    102.    Answering paragraph 102 of Plaintiff's complaint, Defendant incorporates all

9    preceding paragraphs as though fully set forth herein.

10    103.    Answering paragraph 103 of Plaintiff's complaint, Defendant denies each and every

11    allegation contained in said paragraph.

12    104.    Answering paragraph 104 of Plaintiff's complaint, Defendant denies each and every

13    allegation contained in said paragraph.

14    105.    Answering paragraph 105 of Plaintiff's complaint, Defendant denies each and every

15    allegation contained in said paragraph.

16    106.    Answering paragraph 106 of Plaintiff's complaint, Defendant denies each and every

17    allegation contained in said paragraph.

18    107.    Answering paragraph 107 of Plaintiff's complaint, Defendant denies each and every

19    allegation contained in said paragraph.

20    108.    Answering paragraph 108 of Plaintiff's complaint, Defendant denies each and every

21    allegation contained in said paragraph.

22    109.    Answering paragraph 109 of Plaintiff's complaint, Defendant denies each and every

23    allegation contained in said paragraph.

24    110.    Answering paragraph 110 of Plaintiff's complaint, Defendant denies each and every

25    allegation contained in said paragraph.

26    111.    Answering paragraph 111 of Plaintiff's complaint, Defendant denies each and every

27    allegation contained in said paragraph.

28    112.    Answering paragraph 112 of Plaintiff's complaint, Defendant denies each and every

LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

DEFENDANT U.S. FINANCIAL FUNDING, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT; JURY DEMAND

1 allegation contained in said paragraph.

2     113.    Answering paragraph 113 of Plaintiff's complaint, Defendant denies each and every

3 allegation contained in said paragraph.

4                              **THIRD CAUSE OF ACTION**

5     114.    Answering paragraph 114 of Plaintiff's complaint, Defendant incorporates all

6 preceding paragraphs as though fully set forth herein.

7     115.    Answering paragraph 115 of Plaintiff's complaint, Defendant denies each and every

8 allegation contained in said paragraph.

9     116.    Answering paragraph 116 of Plaintiff's complaint, Defendant denies each and every

10 allegation contained in said paragraph.

11     117.    Answering paragraph 117 of Plaintiff's complaint, Defendant denies each and every

12 allegation contained in said paragraph.

13     118.    Answering paragraph 118 of Plaintiff's complaint, Defendant denies each and every

14 allegation contained in said paragraph.

15     119.    Answering paragraph 119 of Plaintiff's complaint, Defendant denies each and every

16 allegation contained in said paragraph.

17     120.    Answering paragraph 120 of Plaintiff's complaint, Defendant denies each and every

18 allegation contained in said paragraph.

19     121.    Answering paragraph 121 of Plaintiff's complaint, Defendant denies each and every

20 allegation contained in said paragraph.

21     122.    Answering paragraph 122 of Plaintiff's complaint, Defendant denies each and every

22 allegation contained in said paragraph.

23     123.    Answering paragraph 123 of Plaintiff's complaint, Defendant denies each and every

24 allegation contained in said paragraph.

25     124.    Answering paragraph 124 of Plaintiff's complaint, Defendant denies each and every

26 allegation contained in said paragraph.

27     125.    Answering paragraph 125 of Plaintiff's complaint, Defendant denies each and every

28 allegation contained in said paragraph.

LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

DEFENDANT U.S. FINANCIAL FUNDING, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT; JURY DEMAND

LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

1  126.  Answering paragraph 126 of Plaintiff's complaint, Defendant denies each and every

2  allegation contained in said paragraph.

3  127.  Answering paragraph 127 of Plaintiff's complaint, Defendant denies each and every

4  allegation contained in said paragraph.

5  128.  Answering paragraph 128 of Plaintiff's complaint, Defendant denies each and every

6  allegation contained in said paragraph.

7  129.  Answering paragraph 129 of Plaintiff's complaint, Defendant denies each and every

8  allegation contained in said paragraph.

9  130.  Answering paragraph 130 of Plaintiff's complaint, Defendant denies each and every

10  allegation contained in said paragraph.

11  131.  Answering paragraph 131 of Plaintiff's complaint, Defendant denies each and every

12  allegation contained in said paragraph.

13  132.  Answering paragraph 132 of Plaintiff's complaint, Defendant denies each and every

14  allegation contained in said paragraph.

15  133.  Answering paragraph 133 of Plaintiff's complaint, Defendant denies each and every

16  allegation contained in said paragraph.

17  134.  Answering paragraph 134 of Plaintiff's complaint, Defendant denies each and every

18  allegation contained in said paragraph.

19  135.  Answering paragraph 135 of Plaintiff's complaint, Defendant denies each and every

20  allegation contained in said paragraph.

21  **FOURTH CAUSE OF ACTION**

22  136.  Answering paragraph 136 of Plaintiff's complaint, Defendant incorporates all

23  preceding paragraphs as though fully set forth herein.

24  137.  Answering paragraph 137 of Plaintiff's complaint, Defendant denies each and every

25  allegation contained in said paragraph.

26  138.  Answering paragraph 138 of Plaintiff's complaint, Defendant denies each and every

27  allegation contained in said paragraph.

28  139.  Answering paragraph 139 of Plaintiff's complaint, Defendant denies each and every

DEFENDANT U.S. FINANCIAL FUNDING, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT; JURY DEMAND

1  allegation contained in said paragraph.

2      140.    Answering paragraph 140 of Plaintiff's complaint, Defendant denies each and every

3  allegation contained in said paragraph.

4      141.    Answering paragraph 141 of Plaintiff's complaint, Defendant denies each and every

5  allegation contained in said paragraph.

6      142.    Answering paragraph 142 of Plaintiff's complaint, Defendant denies each and every

7  allegation contained in said paragraph.

8      143.    Answering paragraph 143 of Plaintiff's complaint, Defendant denies each and every

9  allegation contained in said paragraph.

10      144.    Answering paragraph 144 of Plaintiff's complaint, Defendant denies each and every

11  allegation contained in said paragraph.

12      145.    Answering paragraph 145 of Plaintiff's complaint, Defendant denies each and every

13  allegation contained in said paragraph.

14      146.    Answering paragraph 146 of Plaintiff's complaint, Defendant denies each and every

15  allegation contained in said paragraph.

16      147.    Answering paragraph 147 of Plaintiff's complaint, Defendant denies each and every

17  allegation contained in said paragraph.

18      148.    Answering paragraph 148 of Plaintiff's complaint, Defendant denies each and every

19  allegation contained in said paragraph.

20      149.    Answering paragraph 149 of Plaintiff's complaint, Defendant denies each and every

21  allegation contained in said paragraph.

22      150.    Answering paragraph 150 of Plaintiff's complaint, Defendant denies each and every

23  allegation contained in said paragraph.

24      151.    Answering paragraph 151 of Plaintiff's complaint, Defendant denies each and every

25  allegation contained in said paragraph.

26                          **FIFTH CAUSE OF ACTION**

27      152.    Answering paragraph 152 of Plaintiff's complaint, Defendant incorporates all

28  preceding paragraphs as though fully set forth herein.

**LEWIS, D'AMATO, BRISBOIS & BISGAARD** LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

DEFENDANT U.S. FINANCIAL FUNDING, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT; JURY DEMAND

1    153.    Answering paragraph 153 of Plaintiff's complaint, Defendant denies each and every

2    allegation contained in said paragraph.

3    154.    Answering paragraph 154 of Plaintiff's complaint, Defendant denies each and every

4    allegation contained in said paragraph.

5    155.    Answering paragraph 155 of Plaintiff's complaint, Defendant denies each and every

6    allegation contained in said paragraph.

7    156.    Answering paragraph 156 of Plaintiff's complaint, Defendant denies each and every

8    allegation contained in said paragraph.

9    157.    Answering paragraph 157 of Plaintiff's complaint, Defendant denies each and every

10   allegation contained in said paragraph.

11   158.    Answering paragraph 158 of Plaintiff's complaint, Defendant denies each and every

12   allegation contained in said paragraph.

13   159.    Answering paragraph 159 of Plaintiff's complaint, Defendant denies each and every

14   allegation contained in said paragraph.

15   160.    Answering paragraph 160 of Plaintiff's complaint, Defendant denies each and every

16   allegation contained in said paragraph.

17   161.    Answering paragraph 161 of Plaintiff's complaint, Defendant denies each and every

18   allegation contained in said paragraph.

19   162.    Answering paragraph 162 of Plaintiff's complaint, Defendant denies each and every

20   allegation contained in said paragraph.

21   163.    Answering paragraph 163 of Plaintiff's complaint, Defendant denies each and every

22   allegation contained in said paragraph.

23   164.    Answering paragraph 164 of Plaintiff's complaint, Defendant denies each and every

24   allegation contained in said paragraph.

25   **SIXTH CAUSE OF ACTION**

26   165.    Answering paragraph 165 of Plaintiff's complaint, Defendant incorporates all

27   preceding paragraphs as though fully set forth herein.

28   166.    Answering paragraph 166 of Plaintiff's complaint, Defendant denies each and every

**LEWIS, D'AMATO, BRISBOIS & BISGAARD** LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

1 | allegation contained in said paragraph.

2 |      167.    Answering paragraph 167 of Plaintiff's complaint, Defendant denies each and every

3 | allegation contained in said paragraph.

4 |      168.    Answering paragraph 168 of Plaintiff's complaint, Defendant denies each and every

5 | allegation contained in said paragraph.

6 |      169.    Answering paragraph 169 of Plaintiff's complaint, Defendant denies each and every

7 | allegation contained in said paragraph.

8 |      170.    Answering paragraph 170 of Plaintiff's complaint, Defendant denies each and every

9 | allegation contained in said paragraph.

10 |      171.    Answering paragraph 171 of Plaintiff's complaint, Defendant denies each and every

11 | allegation contained in said paragraph.

12 |      172.    Answering paragraph 172 of Plaintiff's complaint, Defendant denies each and every

13 | allegation contained in said paragraph.

14 |      173.    Answering paragraph 173 of Plaintiff's complaint, Defendant denies each and every

15 | allegation contained in said paragraph.

16 |      174.    Answering paragraph 174 of Plaintiff's complaint, Defendant denies each and every

17 | allegation contained in said paragraph.

18 |      175.    Answering paragraph 175 of Plaintiff's complaint, Defendant denies each and every

19 | allegation contained in said paragraph.

20 |      176.    Answering paragraph 176 of Plaintiff's complaint, Defendant denies each and every

21 | allegation contained in said paragraph.

22 |      177.    Answering paragraph 177 of Plaintiff's complaint, Defendant denies each and every

23 | allegation contained in said paragraph.

24 |      178.    Answering paragraph 178 of Plaintiff's complaint, Defendant denies each and every

25 | allegation contained in said paragraph.

26 |      179.    Answering paragraph 179 of Plaintiff's complaint, Defendant denies each and every

27 | allegation contained in said paragraph.

28 |      180.    Answering paragraph 180 of Plaintiff's complaint, Defendant denies each and every

**LEWIS, D'AMATO, BRISBOIS & BISGAARD** LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

1  allegation contained in said paragraph.

2  **SEVENTH CAUSE OF ACTION**

3      181.    Answering paragraph 181 of Plaintiff's complaint, Defendant incorporates all

4  preceding paragraphs as though fully set forth herein.

5      182.    Answering paragraph 182 of Plaintiff's complaint, Defendant denies each and every

6  allegation contained in said paragraph.

7      183.    Answering paragraph 183 of Plaintiff's complaint, Defendant denies each and every

8  allegation contained in said paragraph.

9      184.    Answering paragraph 184 of Plaintiff's complaint, Defendant denies each and every

10  allegation contained in said paragraph.

11     185.    Answering paragraph 185 of Plaintiff's complaint, Defendant denies each and every

12  allegation contained in said paragraph.

13     186.    Answering paragraph 186 of Plaintiff's complaint, Defendant denies each and every

14  allegation contained in said paragraph.

15     187.    Answering paragraph 187 of Plaintiff's complaint, Defendant denies each and every

16  allegation contained in said paragraph.

17     188.    Answering paragraph 188 of Plaintiff's complaint, Defendant denies each and every

18  allegation contained in said paragraph.

19     189.    Answering paragraph 189 of Plaintiff's complaint, Defendant denies each and every

20  allegation contained in said paragraph.

21     190.    Answering paragraph 190 of Plaintiff's complaint, Defendant denies each and every

22  allegation contained in said paragraph.

23     191.    Answering paragraph 191 of Plaintiff's complaint, Defendant denies each and every

24  allegation contained in said paragraph.

25     192.    Answering paragraph 192 of Plaintiff's complaint, Defendant denies each and every

26  allegation contained in said paragraph.

27     193.    Answering paragraph 193 of Plaintiff's complaint, Defendant denies each and every

28  allegation contained in said paragraph.

LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

DEFENDANT U.S. FINANCIAL FUNDING, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT; JURY DEMAND

1    194.    Answering paragraph 194 of Plaintiff's complaint, Defendant denies each and every

2  allegation contained in said paragraph.

3    195.    Answering paragraph 195 of Plaintiff's complaint, Defendant denies each and every

4  allegation contained in said paragraph.

5    196.    Answering paragraph 196 of Plaintiff's complaint, Defendant denies each and every

6  allegation contained in said paragraph.

7    197.    Answering paragraph 197 of Plaintiff's complaint, Defendant denies each and every

8  allegation contained in said paragraph.

9    198.    Answering paragraph 198 of Plaintiff's complaint, Defendant denies each and every

10  allegation contained in said paragraph.

11    199.    Answering paragraph 199 of Plaintiff's complaint, Defendant denies each and every

12  allegation contained in said paragraph.

### PRAYER FOR RELIEF

14    Defendant denies each and every claim for relief asserted in Plaintiff's prayer for

15  relief.

### II.  AFFIRMATIVE  DEFENSES

### FIRST AFFIRMATIVE DEFENSE

18    As a separate, affirmative defense, Defendant alleges that the Complaint, and each

19  and every purported cause of action contained therein, fails to state facts sufficient to constitute a

20  cause of action.

### SECOND AFFIRMATIVE DEFENSE

22    As a separate, affirmative defense, by reason of Plaintiff's actions, representations,

23  conduct, acts, and/or omissions to act, Plaintiff has waived each and every alleged claim against

24  Defendant as forth in the complaint.  Plaintiff has engaged in conduct and activities sufficient to

25  constitute a waiver of any purported rights or entitlements set forth in the complaint.

### THIRD AFFIRMATIVE DEFENSE

27    As a separate, affirmative defense,  as against this answering Defendant, Plaintiff's

28  action as a whole, and each cause of action individually, is barred by the applicable statutes of

LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

1   limitations under California law and/or Federal law, including but not limited to, 15 U.S.C.A. sec.

2   1640, et seq., as well as other state and Federal statutes of limitations.

3                           **FOURTH AFFIRMATIVE DEFENSE**

4               As a separate, affirmative defense, Defendant alleges that at all times mentioned in

5   the Complaint, Defendant acted lawfully and within its legal rights, with a good faith belief in the

6   exercise of that right, and in the furtherance of a legitimate business purpose. Further, Defendant

7   acted in good faith in the honest belief that the acts, conduct and communications, if any, of the

8   Defendant were justified under the circumstances based on information reasonably available to

9   these answering Defendant.

10                          **FIFTH AFFIRMATIVE DEFENSE**

11              As a separate, affirmative defense, Plaintiff has failed to exercise reasonable care and

12  diligence to avoid loss and to minimize damages and, therefore, Plaintiff may not recover for losses,

13  which could have been prevented by reasonable efforts on its own part, or by actions that might

14  reasonably have been taken. Therefore, Plaintiff's recovery, if any, should be reduced by the failure

15  of Plaintiff to mitigate its damages.

16                          **SIXTH AFFIRMATIVE DEFENSE**

17              As a separate, affirmative defense, by virtue of Plaintiff's unlawful, immoral,

18  careless, negligent and other wrongful conduct, Plaintiff should be barred from recovering against

19  this answering Defendant by the equitable doctrine of unclean hands.

20                          **SEVENTH AFFIRMATIVE DEFENSE**

21              As a separate, affirmative defense, Defendant alleges that Plaintiff is barred from any

22  recovery against this answering Defendant by the doctrine of laches.

23                          **EIGHTH AFFIRMATIVE DEFENSE**

24              As a separate, affirmative defense, Defendant alleges that no relief may be obtained

25  under the complaint by reason of Plaintiff's failure to do equity in the matters alleged in the

26  complaint.

27  ///

28  ///

1

LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

### NINTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff is prevented from recovering damages or other relief by reason of Plaintiff's lack of standing to assert the claims in Plaintiff's complaint.

### TENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff is prevented from recovering damages or other relief by reason of Plaintiff's capacity to maintain an action or proceeding in the U.S. District Court, Northern District of California, and/or any legal forum.

### ELEVENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that the remedies sought by Plaintiff are excessive and duplicative and therefore unconstitutional.

### TWELFTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff is estopped to assert any claim or other right against Defendant by reason of Plaintiff's own actions, representations, conduct, and/or omissions to act, and upon which Defendant relied to its prejudice and detriment.

### THIRTEENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that it has appropriately, completely, and fully performed, discharged or been excused form any and all obligations and legal duties, if any arising out of the matters alleged in Plaintiff's complaint.

### FOURTEENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff's alleged damages are barred, or any recovery, if any, should be reduced, by any and all lawful set offs available to Defendant.

### FIFTEENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that if Plaintiff was damaged in any sum or sums alleged, which Defendants deny, Defendant's alleged acts or omissions were not a proximate cause of said damages.

LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

### SIXTEENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff is prevented from recovering damages or other relief because the Court lacks jurisdiction to consider the claims in Plaintiff's complaint.

### SEVENTEENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff, by its conduct, has acquiesced and consented to the alleged conduct of Defendant, and is therefore, barred from maintaining this action.

### EIGHTEENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that its conduct with regard to the matters alleged in the Complaint was justified.

### NINETEENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff failed to exercise ordinary care on its own behalf, which negligence and carelessness was a substantial factor of some or all of the injuries and damages complained in this action. Plaintiff's recovery, therefore, against this Defendant should be barred or reduced according to principles of comparative negligence.

### TWENTIETH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant denies any wrongdoing, negligence, carelessness, fault or liability on its part. However, should it be determined otherwise, then this answering Defendant further alleges that Plaintiff also contributed to its own alleged injuries, losses and damages, and by virtue thereof, any judgment entered against Defendant should be proportionately reduced to the extent that Plaintiff's negligence legally contributed to the happening of the subject incident and to any injuries, losses, or damages sustained by Plaintiff, if any.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that it is not legally responsible for the acts and/or omissions of those defendants named herein as DOES 1 through 10.

///

///

4840-9322-5986.1

-20-

DEFENDANT U.S. FINANCIAL FUNDING, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT; JURY DEMAND

LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

1

### TWENTY-SECOND AFFIRMATIVE DEFENSE

2           As a separate, affirmative defense, Defendant alleges that at no time or place set forth

3  in the Complaint did it operate as the agent, servant, employee, assignee, joint venturer, partner,

4  division, owner, subsidiary, alias, alter-ego, or co-conspirator of any other Defendant.

5

### TWENTY-THIRD AFFIRMATIVE DEFENSE

6           As a separate, affirmative defense, Defendant alleges at no time or place set forth in

7  the Complaint did any other Defendant operate as the agent, servant, employee, assignee, joint

8  venturer, partner, division, owner, subsidiary, alias, alter-ego, or co-conspirator of this answering

9  Defendant.

10

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

11          As a separate, affirmative defense, Defendant alleges that its conduct was neither

12  unfair no unlawful nor fraudulent under Business and Professions Code section 17200, et. seq. or

13  any other statute, law, regulation, or code.

14

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

15          As a separate, affirmative defense, Defendant alleges that the Complaint fails to state

16  facts sufficient to entitle Plaintiffs to an award of punitive or exemplary damages against this

17  answering Defendant.

18

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

19          As a separate, affirmative defense, Defendant alleges that the Complaint fails to state

20  facts sufficient to constitute a cause of action against Defendant in that the "Note and Truth in

21  Lending Disclosure Form" attached to the Complaint as Exhibit 1 and upon which the complaint is

22  based is not executed and an incomplete copy.

23

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

24          As a separate, affirmative defense, Defendant alleges that the claims in Plaintiff's

25  complaint fail for lack of consideration.

26  ///

27  ///

28  ///

DEFENDANT U.S. FINANCIAL FUNDING, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT; JURY DEMAND

LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

### TWENTY-EIGHT AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff is barred from pursuing any remedy against it for breach of contract, express or implied, or for any damages which is the subject of the complaint, because Plaintiff did not notify this answering Defendant within a reasonable time after Plaintiff discovered, or reasonably should have discovered the alleged breach.

### TWENTY-NINTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that there has been nonperformance of a condition precedent to any contractual duty on the part of this answering Defendant.

### THIRTIETH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff's class action complaint is void and Plaintiff's claims under the Truth and Lending Act are barred since such claims are inappropriate and void when the remedy of recession is sought.

### THIRTY-FIRST AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff's claims as alleged in the Complaint are not appropriate for and cannot be certified as a class action claim.

### THIRTY-SECOND AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that the alleged class of plaintiffs is not so numerous that joinder of all alleged plaintiffs in the action is impracticable.

### THIRTY-THIRD AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that there are uncommon questions of law and fact among the claims of the alleged class members.

### THIRTY-FOURTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that the claims of the representative Plaintiff are not representative of the claims of the alleged class members.

### THIRTY-FIFTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that the representative Plaintiff cannot fairly and adequately protect the interest of the alleged class members.

LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

### THIRTY-SIXTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that the damages available to each individual class member is not nominal and varies greatly making it inappropriate for certification.

### THIRTY-SEVENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that all terms, descriptions, disclosures, and communications associated with the alleged transaction between Plaintiff and Defendant were in compliance with Truth In Lending Laws and that Defendant properly, accurately clearly and conspicuously made all necessary legal disclosures to Plaintiff regarding the alleged transaction between Plaintiff and Defendant.

### THIRTY-EIGHT AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff's claims based whole or in part on California Business and Professions Code section 17200, et. seq. are not proper representative actions.

### THIRTY-NINTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges its actions were not unfair, fraudulent or unlawful in that Plaintiff was offered reasonable alternatives and meaningful choices at all times during the alleged transaction between Plaintiff and Defendant.

### FORTIETH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff failed to perform her obligations and/or to the extent there was an alleged breach by Defendant, which allegation is denied herein, Plaintiff's breach preceded such act or omission be Defendant relieving Defendant of all obligations.

///

///

///

///

///

**LEWIS, D'AMATO, BRISBOIS & BISGAARD** LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

### FORTY-FIRST AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges the it is entitled to the benefit of all defenses and presumptions contained in, or arising from, any rule of law or statute of the State of California and/or Federal Law.  This answering Defendant presently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated, defenses available. Defendant reserves herein the right to assert additional defenses in the event discovery indicates that they would be appropriate.

### III.  JURY DEMAND

Defendant demands trial by jury as to all issues so triable.

### IV.  PRAYER

WHEREFORE, this answering Defendant prays for judgment as follows:

1.    That Plaintiff take nothing by reason of the Complaint on file herein; and

2.    That judgment be entered in favor of this answering Defendant; and

3.    For attorney's fees and costs of suit incurred herein; and

4.    For such other and further relief as the Court deems just and proper.

DATED: March 26, 2008

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:
ROGER S. RAPHAEL
SHAHRAM NASSI
Attorneys for Defendant
U.S. FINANCIAL FUNDING, INC.

DEFENDANT U.S. FINANCIAL FUNDING, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT; JURY DEMAND

*Dian C. Lymburner v. U.S. Financial Funding, Inc.*
USDC, Northern District, Oakland, Case No. CV 08-0325 SBA

### CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action.  My business address is One Sansome Street, Suite 1400, San Francisco, California  94104.

On March 26, 2008, I served the following document(s): DEFENDANT U.S. FINANCIAL FUNDING, INC.'S ANSWER TO PLAINTIFF'S CLASS ACTION COMPLAINT.

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable-  Plaintiff's Counsel Christopher P. Fields was electronically served with E-filing):

**Following attorney served by mail, as he is not entered on the court's electronic e-filing.**

Edward Young Lee, Esq.
Lee & Fields, A.P.C.
3701 Wilshire Blvd., #510
Los Angeles, CA 90010

The documents were served by the following means:

[X]    (BY U.S. MAIL)  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):
[  ]    Deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.
[X]    Placed the envelope or package for collection and mailing, following our ordinary business practices.  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]    (FEDERAL)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 26, 2008, at San Francisco, California.

_____
Adleigh Koulax

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4818-3812-7106.1