UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DIAN C. LYMBURNER, individually,
and on behalf of others similarly situated,
Plaintiff(s),

Case No. CV 08 0325 SBA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

U.S. FINANCIAL FUNDING, INC., a
California Corporation, and Does 1 to 10
Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 03/31/08

_____
for U.S. Financial Funding, Inc.
[Party]

Dated: 03/31/08

_____
Shahram Nassi
[Counsel]

*Dian C. Lymburner v. U.S. Financial Funding, Inc.*
USDC, Northern District, Oakland, Case No. CV 08-0325 SBA

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On April 1, 2008, I served the following document(s): **ADR CERTIFICATION BY PARTIES AND COUNSEL**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable- **Plaintiff's Counsel Christopher P. Fields and counsel was electronically served with E-filing):**

**The following attorney was served by mail, as he is not entered on the court's electronic E-filing system**.

Edward Young Lee, Esq.
Lee & Fields, A.P.C.
3701 Wilshire Blvd., #510
Los Angeles, CA 90010

The documents were served by the following means:

[X]   (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):
   [ ]   Deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.
   [X]   Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 1, 2008, at San Francisco, California.

_____
Arleigh Koulax

4818-3812-7106.1