UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DIAN C. LYMBURNER, individually,
and on behalf of others similarly situated
           Plaintiff(s),

v.

U.S. FINANCIAL FUNDING, INC., a
California Corporation, and Does 1
           Defendant(s).

Case No. CV 08 0325 SBA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 3/31/08

*[signature]*
DIAN C. LYMBURNER
[Party]

Dated: 3/31/08

*[signature]*
Christopher P. Fields
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

*Dian C. Lymburner v. U.S. Financial Funding, Inc.*
USCD, Northern District, Oakland, Case No. CV 08-0325 SBA

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Angela Lee, am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is 3701 Wilshire Boulevard, Suite 510, Los Angeles, California 90010.

On April 1, 2008, I served the foregoing document: **ADR CERTIFICATION BY PARTIES AND COUNSEL** on the following persons at the following addresses (including fax numbers and e-mail address, if applicable- **Defendant's Counsel Shahram Nassi and counsel was electronically served with E-filing)**

The documents were served by the following means:

___ **BY MAIL:** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

**X FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 1, 2008, California.

*/s/ Angela Lee*
Angela Lee

LEE & FIELDS
A PROFESSIONAL CORPORATION

3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
(213) 380-5858

- 1 -