UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 4/23/08

C-08-00325 SBA            JUDGE: SAUNDRA BROWN ARMSTRONG

Title:    LYMBURNER vs. U.S. FINANCIAL FUNDS, INC.

Atty.:  CHRIS FIELDS            SHAHRAM NASSI

Deputy Clerk: Lisa R. Clark        Court Reporter:    N/R

**PROCEEDINGS**
Plt   DFT
( )  ( ) 1.  TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( )  ( ) 2.
( )  ( ) 3.
( )  ( ) 4.
( ) Motion(s)   ( ) Granted    ( ) Denied    ( ) Off Calendar
           ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( ) Deft  (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to_____ for a Telephone Case Management Conference at  p.m.
Case Continued to_____ for  OSC RE:_____
Case Continued to_____ for_____ Motion Hearing
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
General Discovery Cut-off_____ Expert Discovery Cut-off_____
Plft to name Experts by_____ Deft to name Experts by_____
All Dispositive Motions to be heard by ( Motion Cut-off)_____
Case Continued to_____ for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due_____ Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____ for Trial(Court/Jury:_____ Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE_____ FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes:  BOTH PARTIES AGREE TO HAVE THIS CASE REASSIGNED TO A MAGISTRATE JUDGE FOR ALL FURTHER PROCEEDINGS

_____cc: