UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
LYMBURNER,                    )    No. 08-00325 SBA
                              )
        Plaintiff,            )    ORDER REASSIGNING ACTION
                              )    TO A MAGISTRATE JUDGE FOR
    vs.                       )    ALL PURPOSES
                              )
U.S. FINANCIAL FUNDS,         )
INC.,                         )
                              )
        Defendant.            )
                              )
_____
```

The parties have indicated in at the Case Management Conference on April 23, 2008, that they consent to have this case assigned to a Magistrate Judge of this Court. Accordingly,

IT IS HEREBY ORDERED THAT in accordance with the provisions of 28 U.S.C. 636©) and Federal Rule of Civil Procedure 73(b), this action is REFERRED to the Chief Magistrate Judge for assignment to a United States Magistrate Judge of this Court for any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

IT IS SO ORDERED.

DATED: 4/25/08

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge