Edward Y. Lee (171996)
ed1ee@leefields.com
Christopher P. Fields (SBN 174155)
chrisfields@leefields.com
**LEE & FIELDS, A.P.C.**
3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
Phone: (213) 380-5858

Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444
Fax: (310) 854-0812

David M. Arbogast (SBN 167571)
David@SpiroMoss.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000
Fax: (310) 861-1775

Attorneys for Plaintiff and all others Similarly Situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAN C. LYMBURNER, individually, and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>       v.<br><br>US FINANCIAL FUNDING, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>               Defendants. | **CASE NO. 08-CV-00325- SBA**<br><br><u>CLASS ACTION</u><br><br>[*Assigned to Hon. Sandra Brown Armstrong*]<br><br>**NOTICE OF FIRM CHANGE**<br><br>Complaint Filed: January 17, 2008<br>Trial Date: Not set yet. |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 21, 2008, Jeffrey K. Berns, Esq. will be associated with the law offices of Arbogast & Berns LLP located at 19510 Ventura Boulevard, Suite 200 Tarzana, California 91356, Telephone (818) 961-2000 and Fax: (310) 861-1775.

DATED: April 22, 2008　　　　　　　　　　　**ARBOGAST & BERNS LLP**

By: */s/ Jeffrey K. Berns*
Jeffrey K. Berns, Esq.
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Phone: (818) 961-2000; Fax: (818) 867-4820

Edward Y. Lee, Esq.
Christopher P. Fields, Esq.
**LEE & FIELDS, A.P.C.**
3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
Phone: (213) 380-5858

Paul R. Kiesel, Esq.
Patrick Deblase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90210
Phone: (310) 854-4444; Fax: (310) 854-0812

Attorneys for Plaintiff and all others Similarly Situated