1  Edward Y. Lee (SBN 171996)
   edlee@leefieldslaw.com
2  Christopher P. Fields (SBN 174155)
   chrisfields@leefieldslaw.com
3  **LEE & FIELDS, A.P.C.**
   3701 Wilshire Blvd., Ste. 510
4  Los Angeles, CA 90010
   Phone: (213) 380-5858
5
6  Paul R. Kiesel, Esq. (SBN 119854)        Jeffrey K. Berns, Esq. (SBN 131351)
   kiesel@kbla.com                          jberns@jeffbernslaw.com
7  Patrick DeBlase, Esq. (SBN 167138)       **LAW OFFICES OF JEFFREY K.**
   deblase@kbla.com                         **BERNS**
   Michael C. Eyerly, Esq.(SBN 178693)      19510 Ventura Boulevard, Suite 200
8  eyerly@kbla.com                          Tarzana, California 91356
   **KIESEL BOUCHER LARSON LLP**            Phone: (818) 961-2000; Fax: (818) 867-4820
9  8648 Wilshire Boulevard
   Beverly Hills, California 90211
10 Phone:  (310) 854-4444
   Fax:  (310) 854-0812
11
12 Attorneys for Plaintiff and all Others Similarly Situated

13

14              **UNITED STATES DISTRICT COURT**

15            **NORTHERN DISTRICT OF CALIFORNIA**

16

17 DIAN C. LYMBURNER, individually,    )    CASE NO.  CV08-0325 SBA
   and on behalf of others similarly situated, )
18                                     )    ~~PROPOSED~~ STIPULATED
          Plaintiff,                   )    PROTECTIVE ORDER
19                                     )
          v.                           )
20                                     )
   U.S. FINANCIAL FUNDING, INC.,       )
21 a California corporation, and Does 1 )
   through 10, inclusive,              )
22                                     )    Complaint Filed: Jan. 17, 2008
                                       )
23        Defendants.                  )    Trial Date: Not yet set
                                       )
24 ─────────────────────────────────── )

25    **1.    PURPOSES AND LIMITATIONS**

26        Disclosure and discovery activity in this action are likely to involve production

27 of confidential, proprietary, or private information for which special protection from

28 public disclosure and from use for any purpose other than prosecuting this litigation

LEE & FIELDS
A Professional Corporation
3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
(213) 380-5858

PROPOSED STIPULATED PROTECTIVE ORDER - CV08-0325 SBA

- 1 -

1    would be warranted.  Accordingly, the parties hereby stipulate to and petition the court
2    to enter the following Stipulated Protective Order.  The parties acknowledge that this
3    Order does not confer blanket protections on all disclosures or responses to discovery
4    and that the protection it affords extends only to the limited information or items that
5    are entitled under the applicable legal principles to treatment as confidential.   The
6    parties further acknowledge, as set forth in Section 10, below, that this Stipulated
7    Protective Order creates no entitlement to file confidential information under seal; Civil
8    Local Rule 79-5 sets forth the procedures that must be followed and reflects the
9    standards that will be applied when a party seeks permission from the court to file
10   material under seal.

11   **2.    DEFINITIONS**

12      2.1    Party:    any party to this action, including all of its officers, directors,
13   employees, consultants, retained experts, and outside counsel (and their support staff).

14      2.2    Disclosure or Discovery Material:  all items or information, regardless of
15   the medium or manner generated, stored, or maintained (including, among other things,
16   testimony, transcripts, or tangible things) that are produced or generated in disclosures
17   or responses to discovery in this matter.

18      2.3    "Confidential" Information or Items:    information (regardless of how
19   generated, stored or maintained) or tangible things that qualify for protection under
20   standards developed under F.R.Civ.P. 26(c).

21      2.4    "Highly Confidential -- Attorneys' Eyes Only" Information or Items:
22   extremely sensitive "Confidential Information or Items" whose disclosure to another
23   Party or nonparty would create a substantial risk of serious injury that could not be
24   avoided by less restrictive means.

25      2.5    Receiving Party:  a Party that receives Disclosure or Discovery Material
26   from a Producing Party.

27      2.6    Producing Party:  a Party or non-party that produces Disclosure or
28   Discovery Material in this action.

LEE & FIELDS
A PROFESSIONAL CORPORATION
3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
(213) 380-5858

PROPOSED STIPULATED PROTECTIVE ORDER - CV08-0325 SBA

- 2 -

1    2.7.  <u>Designating Party</u>:  a Party or non-party that designates information or
2  items that it produces in disclosures or in responses to discovery as "Confidential" or
3  "Highly Confidential — Attorneys' Eyes Only."

4    2.8  <u>Protected Material</u>:    any Disclosure or Discovery Material that is
5  designated as "Confidential" or as "Highly Confidential – Attorneys' Eyes Only."

6    2.9.  <u>Outside Counsel</u>:  attorneys who are not employees of a Party but who are
7  retained to represent or advise a Party in this action.

8    2.10  <u>House Counsel</u>:  attorneys who are employees of a Party.

9    2.11  <u>Counsel (without qualifier)</u>:  Outside Counsel and House Counsel (as well
10  as their support staffs).

11    2.12  <u>Expert</u>:  a person with specialized knowledge or experience in a matter
12  pertinent to the litigation who has been retained by a Party or its counsel to serve as an
13  expert witness or as a consultant in this action and who is not a past or a current
14  employee of a Party or of a competitor of a Party's and who, at the time of retention, is
15  not anticipated to become an employee of a Party or a competitor of a Party's. This
16  definition includes a professional jury or trial consultant retained in connection with
17  this litigation.

18    2.13  <u>Professional Vendors</u>:  persons or entities that provide litigation support
19  services (e.g., photocopying; videotaping; translating; preparing exhibits or
20  demonstrations; organizing, storing, retrieving data in any form or medium; etc.) and
21  their employees and subcontractors.

22    **3.    SCOPE**

23    The protections conferred by this Stipulation and Order cover not only Protected
24  Material (as defined above), but also any information copied or extracted therefrom, as
25  well as all copies, excerpts, summaries, or compilations thereof, plus testimony,
26  conversations, or presentations by parties or counsel to or in court or in other settings
27  that might reveal Protected Material.

28

LEE & FIELDS
A PROFESSIONAL CORPORATION

3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
(213) 380-5858

PROPOSED STIPULATED PROTECTIVE ORDER - CV08-0325 SBA

- 3 -

**4.    DURATION**

Even after the termination of this litigation, the confidentiality obligations imposed by this Order shall remain in effect until a Designating Party agrees otherwise in writing or a court order otherwise directs.

**5.    DESIGNATING PROTECTED MATERIAL**

5.1    <u>Exercise of Restraint and Care in Designating Material for Protection</u>. Each Party or non-party that designates information or items for protection under this Order must take care to limit any such designation to specific material that qualifies under the appropriate standards.  A Designating Party must take care to designate for protection only those parts of material, documents, items, or oral or written communications that qualify – so that other portions of the material, documents, items, or communications for which protection is not warranted are not swept unjustifiably within the ambit of this Order.  Mass, indiscriminate, or routinized designations are prohibited. Designations that are shown to be clearly unjustified, or that have been made for an improper purpose (e.g., to unnecessarily encumber or retard the case development process, or to impose unnecessary expenses and burdens on other parties), expose the Designating Party to sanctions.  If it comes to a Party's or a non-party's attention that information or items that it designated for protection do not qualify for protection at all, or do not qualify for the level of protection initially asserted, that Party or non-party must promptly notify all other parties that it is withdrawing the mistaken designation.

5.2    <u>Manner and Timing of Designations</u>.  Except as otherwise provided in this Order (see, e.g., second paragraph of section 5.2(a), below), or as otherwise stipulated or ordered, material that qualifies for protection under this Order must be clearly so designated before the material is disclosed or produced.

Designation in conformity with this Order requires:

(a)    <u>for information in documentary form</u> (apart from transcripts of depositions or other pretrial or trial proceedings), that the Producing Party affix

LEE & FIELDS
A PROFESSIONAL CORPORATION

3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
(213) 380-3898

PROPOSED STIPULATED PROTECTIVE ORDER - CV08-0325 SBA

- 4 -

the legend "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY" at the top of each page that contains protected
material. If only a portion or portions of the material on a page qualifies for
protection, the Producing Party also must clearly identify the protected portion(s)
(e.g., by making appropriate markings in the margins) and must specify, for each
portion, the level of protection being asserted (either "CONFIDENTIAL" or
"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY").

A Party or non-party that makes original documents or materials available
for inspection need not designate them for protection until after the inspecting
Party has indicated which material it would like copied and produced. During the
inspection and before the designation, all of the material made available for
inspection shall be deemed "HIGHLY CONFIDENTIAL – ATTORNEYS'
EYES ONLY."After the inspecting Party has identified the documents it wants
copied and produced, the Producing Party must determine which documents, or
portions thereof, qualify for protection under this Order, then, before producing
the specified documents, the Producing Party must affix the appropriate legend
("CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
ONLY") at the top of each page that contains Protected Material. If only a portion
or portions of the material on a page qualifies for protection, the Producing Party
also must clearly identify the protected portion(s) (e.g., by making appropriate
markings in the margins) and must specify, for each portion, the level of
protection being asserted (either "CONFIDENTIAL" or "HIGHLY
CONFIDENTIAL – ATTORNEYS' EYES ONLY").

(b)    for testimony given in deposition or in other pretrial or trial
proceedings, that the Party or non-party offering or sponsoring the testimony
identify on the record, before the close of the deposition, hearing, or other
proceeding, all protected testimony, and further specify any portions of the

LEE & FIELDS
A PROFESSIONAL CORPORATION

3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
(213) 380-5858

PROPOSED STIPULATED PROTECTIVE ORDER - CV08-0325 SBA

- 5 -

testimony that qualify as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." When it is impractical to identify separately each portion of testimony that is entitled to protection, and when it appears that substantial portions of the testimony may qualify for protection, the Party or non-party that sponsors, offers, or gives the testimony may invoke on the record (before the deposition or proceeding is concluded) a right to have up to 20 days to identify the specific portions of the testimony as to which protection is sought and to specify the level of protection being asserted ("CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"). Only those portions of the testimony that are appropriately designated for protection within the 20 days shall be covered by the provisions of this Stipulated Protective Order. Transcript pages containing Protected Material must be separately bound by the court reporter, who must affix to the top of each such page the legend "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," as instructed by the Party or nonparty offering or sponsoring the witness or presenting the testimony.

(c) for information produced in some form other than documentary, and for any other tangible items, that the Producing Party affix in a prominent place on the exterior of the container or containers in which the information or item is stored the legend "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." If only portions of the information or item warrant protection, the Producing Party, to the extent practicable, shall identify the protected portions, specifying whether they qualify as "Confidential" or as "Highly Confidential – Attorneys' Eyes Only."

5.3    Inadvertent Failures to Designate. If timely corrected, an inadvertent failure to designate qualified information or items as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" does not, standing alone, waive the Designating Party's right to secure protection under this Order for such material. If material is

LEE & FIELDS
A PROFESSIONAL CORPORATION
3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
(213) 380-5858

PROPOSED STIPULATED PROTECTIVE ORDER - CV08-0325 SBA

- 6 -

appropriately designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" after the material was initially produced, the Receiving Party, on timely notification of the designation, must make reasonable efforts to assure that the material is treated in accordance with the provisions of this Order.

**6.    CHALLENGING CONFIDENTIALITY DESIGNATIONS**

6.1    <u>Timing of Challenges</u>.  Unless a prompt challenge to a Designating Party's confidentiality designation is necessary to avoid foreseeable substantial unfairness, unnecessary economic burdens, or a later significant disruption or delay of the litigation, a Party does not waive its right to challenge a confidentiality designation by electing not to mount a challenge promptly after the original designation is disclosed.

6.2    <u>Meet and Confer</u>.   A Party that elects to initiate a challenge to a Designating Party's confidentiality designation must do so in good faith and must begin the process by conferring directly (in voice to voice dialogue; other forms of communication are not sufficient) with counsel for the Designating Party.   In conferring, the challenging Party must explain the basis for its belief that the confidentiality designation was not proper and must give the Designating Party an opportunity to review the designated material, to reconsider the circumstances, and, if no change in designation is offered, to explain the basis for the chosen designation.  A challenging Party may proceed to the next stage of the challenge process only if it has engaged in this meet and confer process first.

6.3    <u>Judicial Intervention</u>.    A Party that elects to press a challenge to a confidentiality designation after considering the justification offered by the Designating Party may file and serve a motion under Civil Local Rule 7 (and in compliance with Civil Local Rule 79-5, if applicable) that identifies the challenged material and sets forth in detail the basis for the challenge.  Each such motion must be accompanied by a competent declaration that affirms that the movant has complied with the meet and confer requirements imposed in the preceding paragraph and that sets forth with

LEE & FIELDS
A PROFESSIONAL CORPORATION

3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
(213) 380-5858

PROPOSED STIPULATED PROTECTIVE ORDER - CV08-0325 SBA

- 7 -

1 specificity the justification for the confidentiality designation that was given by the
2 Designating Party in the meet and confer dialogue.

3     The burden of persuasion in any such challenge proceeding shall be on the
4 Designating Party. Until the court rules on the challenge, all parties shall continue to
5 afford the material in question the level of protection to which it is entitled under the
6 Producing Party's designation.

7     **7.    ACCESS TO AND USE OF PROTECTED MATERIAL**

8     7.1    <u>Basic Principles</u>.  A Receiving Party may use Protected Material that is
9 disclosed or produced by another Party or by a non-party in connection with this case
10 only for prosecuting, defending, or attempting to settle this litigation. Such Protected
11 Material may be disclosed only to the categories of persons and under the conditions
12 described in this Order.  When the litigation has been terminated, a Receiving Party
13 must comply with the provisions of section 11, below (FINAL DISPOSITION).
14 Protected Material must be stored and maintained by a Receiving Party at a location
15 and in a secure manner that ensures that access is limited to the persons authorized
16 under this Order.

17     7.2    <u>Disclosure of "CONFIDENTIAL" Information or Items</u>.  Unless otherwise
18 ordered by the court or permitted in writing by the Designating Party, a Receiving
19 Party may disclose any information or item designated CONFIDENTIAL only to:

20     (a) the Receiving Party's Outside Counsel of record in this action, as well
21 as employees of said Counsel to whom it is reasonably necessary to disclose the
22 information for this litigation and who have signed the "Agreement to Be Bound
23 by Protective Order" that is attached hereto as Exhibit A;

24     (b) the officers, directors, and employees (including House Counsel) of the
25 Receiving Party to whom disclosure is reasonably necessary for this litigation and
26 who have signed the "Agreement to Be Bound by Protective Order" (Exhibit A);

27
28

LEE & FIELDS
A PROFESSIONAL CORPORATION
3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
(213) 380-5858

PROPOSED STIPULATED PROTECTIVE ORDER - CV08-0325 SBA

- 8 -

1    (c)  experts (as defined in this Order) of the Receiving Party to whom
2    disclosure is reasonably necessary for this litigation and who have signed the
3    "Agreement to Be Bound by Protective Order" (Exhibit A);

4    (d)  the Court and its personnel;

5    (e)  court reporters, their staffs, and professional vendors to whom
6    disclosure is reasonably necessary for this litigation and who have signed the
7    "Agreement to Be Bound by Protective Order" (Exhibit A);

8    (f)  during their depositions, witnesses in the action to whom disclosure is
9    reasonably necessary and who have signed the "Agreement to Be Bound by
10   Protective Order" (Exhibit A). Pages of transcribed deposition testimony or
11   exhibits to depositions that reveal Protected Material must be separately bound by
12   the court reporter and may not be disclosed to anyone except as permitted under
13   this Stipulated Protective Order.

14   (g)  the author of the document or the original source of the information.

15   7.3   Disclosure of "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
16   ONLY" Information or Items.  Unless otherwise ordered by the court or permitted in
17   writing by the Designating Party, a Receiving Party may disclose any information or
18   item designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" only
19   to:

20   (a)  the Receiving Party's Outside Counsel of record in this action, as well
21   as employees of said Counsel to whom it is reasonably necessary to disclose the
22   information for this litigation and who have signed the "Agreement to Be Bound
23   by Protective Order" that is attached hereto as Exhibit A;

24   (b)  Experts (as defined in this Order) (1) to whom disclosure is reasonably
25   necessary for this litigation, (2) who have signed the "Agreement to Be Bound by
26   Protective Order" (Exhibit A), and (3) as to whom the procedures set forth in
27   paragraph 7.4, below, have been followed; and

28   (c)  the Court and its personnel;

LEE & FIELDS
A PROFESSIONAL CORPORATION
3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
(213) 380-5858

PROPOSED STIPULATED PROTECTIVE ORDER - CV08-0325 SBA

- 9 -

1       (d)   court reporters, their staffs, and professional vendors to whom

2 disclosure is reasonably necessary for this litigation and who have signed the

3 "Agreement to Be Bound by Protective Order" (Exhibit A); and

4       (e) the author of the document or the original source of the information.

5     7.4   Procedures for Approving Disclosure of "HIGHLY CONFIDENTIAL –

6 ATTORNEYS' EYES ONLY" Information or Items to "Experts":

7       (a)   Unless otherwise ordered by the court or agreed in writing by the

8 Designating Party, a Party that seeks to disclose to an "Expert" (as defined in this

9 Order) any information or item that has been designated "HIGHLY

10 CONFIDENTIAL – ATTORNEYS' EYES ONLY" first must make a written

11 request to the Designating Party that (1) identifies the specific HIGHLY

12 CONFIDENTIAL information that the Receiving Party seeks permission to

13 disclose to the Expert, (2) sets forth the full name of the Expert and the city and

14 state of his or her primary residence, (3) attaches a copy of the Expert's current

15 resume, (4) identifies the Expert's current employer(s), (5) identifies each person

16 or entity from whom the Expert has received compensation for work in his or her

17 areas of expertise or to whom the expert has provided professional services at any

18 time during the preceding five years, and (6) identifies (by name and number of

19 the case, filing date, and location of court) any litigation in connection with which

20 the Expert has provided any professional services during the preceding five years.

21       (b) A Party that makes a request and provides the information specified in

22 the preceding paragraph may disclose the subject Protected Material to the

23 identified Expert unless, within seven court days of delivering the request, the

24 Party receives a written objection from the Designating Party. Any such objection

25 must set forth in detail the grounds on which it is based.

26       (c) A Party that receives a timely written objection must meet and confer

27 with the Designating Party (through direct voice to voice dialogue) to try to

28 resolve the matter by agreement. If no agreement is reached, the Party seeking to

LEE & FIELDS
A PROFESSIONAL CORPORATION
3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
(213) 380-5858

PROPOSED STIPULATED PROTECTIVE ORDER - CV08-0325 SBA

- 10 -

1    make the disclosure to the Expert may file a motion as provided in Civil Local

2    Rule 7 (and in compliance with Civil Local Rule 79-5, if applicable) seeking

3    permission from the court to do so. Any such motion must describe the

4    circumstances with specificity, set forth in detail the reasons for which the

5    disclosure to the Expert is reasonably necessary, assess the risk of harm that the

6    disclosure would entail and suggest any additional means that might be used to

7    reduce that risk. In addition, any such motion must be accompanied by a

8    competent declaration in which the movant describes the parties' efforts to

9    resolve the matter by agreement (i.e., the extent and the content of the meet and

10   confer discussions) and sets forth the reasons advanced by the Designating Party

11   for its refusal to approve the disclosure.

12     In any such proceeding the Party opposing disclosure to the Expert shall

13   bear the burden of proving that the risk of harm that the disclosure would entail

14   (under the safeguards proposed) outweighs the Receiving Party's need to disclose

15   the Protected Material to its Expert.

16     7.5    "Use of Private Consumer Information"    All documents or materials

17   designated as Private Consumer Information on the ground that said documents or

18   materials pertain to private and personal information of any putative Class member

19   shall remain Confidential information until such time that each such putative Class

20   members become a represented party to this action.    Private Consumer Information

21   shall not be disclosed or disseminated to the general public or used for any commercial,

22   business or competitive purpose.

23   **8.    PROTECTED    MATERIAL    SUBPOENAED    OR    ORDERED**

24   **  PRODUCED IN OTHER LITIGATION.**

25     If a Receiving Party is served with a subpoena or an order issued in other

26   litigation that would compel disclosure of any information or items designated in this

27   action as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS'

28   EYES ONLY," the Receiving Party must so notify the Designating Party, in writing

LEE & FIELDS
A PROFESSIONAL CORPORATION
3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
(213) 380-5858

PROPOSED STIPULATED PROTECTIVE ORDER - CV08-0325 SBA

- 11 -

1  (by fax, if possible) immediately and in no event more than three court days after

2  receiving the subpoena or order. Such notification must include a copy of the subpoena

3  or court order.

4      The Receiving Party also must immediately inform in writing the Party who

5  caused the subpoena or order to issue in the other litigation that some or all the material

6  covered by the subpoena or order is the subject of this Protective Order. In addition,

7  the Receiving Party must deliver a copy of this Stipulated Protective Order promptly to

8  the Party in the other action that caused the subpoena or order to issue.

9      The purpose of imposing these duties is to alert the interested parties to the

10  existence of this Protective Order and to afford the Designating Party in this case an

11  opportunity to try to protect its confidentiality interests in the court from which the

12  subpoena or order issued. The Designating Party shall bear the burdens and the

13  expenses of seeking protection in that court of its confidential material – and nothing in

14  these provisions should be construed as authorizing or encouraging a Receiving Party

15  in this action to disobey a lawful directive from another court.

16      **9.    UNAUTHORIZED DISCLOSURE OF PROTECTED MATERIAL**

17      If a Receiving Party learns that, by inadvertence or otherwise, it has disclosed

18  Protected Material to any person or in any circumstance not authorized under this

19  Stipulated Protective Order, the Receiving Party must immediately (a) notify in writing

20  the Designating Party of the unauthorized disclosures, (b) use its best efforts to retrieve

21  all copies of the Protected Material, (c) inform the person or persons to whom

22  unauthorized disclosures were made of all the terms of this Order, and (d) request such

23  person or persons to execute the "Acknowledgment and Agreement to Be Bound" that

24  is attached hereto as Exhibit A.

25      **10.    FILING PROTECTED MATERIAL.**

26      Without written permission from the Designating Party or a court order secured

27  after appropriate notice to all interested persons, a Party may not file in the public

28

LEE & FIELDS
A PROFESSIONAL CORPORATION
3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
(213) 380-5858

PROPOSED STIPULATED PROTECTIVE ORDER - CV08-0325 SBA

- 12 -

1    record in this action any Protected Material.  A Party that seeks to file under seal any
2    Protected Material must comply with Civil Local Rule 79-5.

3    **11.    FINAL DISPOSITION.**

4    Unless otherwise ordered or agreed in writing by the Producing Party, within
5    sixty days after the final termination of this action, each Receiving Party must return all
6    Protected Material to the Producing Party.  As used in this subdivision, "all Protected
7    Material" includes all copies, abstracts, compilations, summaries or any other form of
8    reproducing or capturing any of the Protected Material. With permission in writing
9    from the Designating Party, the Receiving Party may destroy some or all of the
10   Protected Material instead of returning it.  Whether the Protected Material is returned
11   or destroyed, the Receiving Party must submit a written certification to the Producing
12   Party (and, if not the same person or entity, to the Designating Party) by the sixty day
13   deadline that identifies (by category, where appropriate) all the Protected Material that
14   was returned or destroyed and that affirms that the Receiving Party has not retained any
15   copies, abstracts, compilations, summaries or other forms of reproducing or capturing
16   any of the Protected Material.  Notwithstanding this provision, Counsel are entitled to
17   retain an archival copy of all pleadings, motion papers, transcripts, legal memoranda,
18   correspondence or attorney work product, even if such materials contain Protected
19   Material.  Any such archival copies that contain or constitute Protected Material remain
20   subject to this Protective Order as set forth in Section 4 (DURATION), above.

21   **12.    MISCELLANEOUS**

22   12.1  Right to Further Relief.  Nothing in this Order abridges the right of any
23   person to seek its modification by the Court in the future.

24   ////
25   ////
26   ////
27   ////
28   ////

LEE & FIELDS
A PROFESSIONAL CORPORATION

3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
(213) 380-5858

PROPOSED STIPULATED PROTECTIVE ORDER - CV08-0325 SBA

- 13 -

1       12.2  <u>Right to Assert Other Objections</u>.  By stipulating to the entry of this

2  Protective Order no Party waives any right it otherwise would have to object to

3  disclosing or producing any information or item on any ground not addressed in this

4  Stipulated Protective Order.  Similarly, no Party waives any right to object on any

5  ground to use in evidence of any of the material covered by this Protective Order.

6  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

7

8

   DATED: April 15, 2008          **LEE & FIELDS**

9                                      **A Professional Corporation**

10                                        By:

11                                                Christopher P. Fields, Esq.

12

13                                        Attorneys for Plaintiff and all others

                                       Similarly Situated

14

15    DATED: April 17, 2008          **LEWIS BRISBOIS BISGAARD SMITH LLP**

16

17                                        By:

18                                            Roger S. Raphael, Esq.

19                                        Shahram Nassi, Esq.

                                       Attorneys for Defendant,

20                                        U.S. FINANCIAL FUNDING, INC.

21

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24  DATED: _____April 29_____, 2008

25                                        ~~Hon. Saundra B. Armstrong~~

                                       ~~United States District Judge~~

26                                        ELIZABETH D. LAPORTE

27                                        United States Magistrate Judge

28

LEE & FIELDS
A PROFESSIONAL CORPORATION

3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
(213) 380-5858

[STAMP: UNITED STATES DISTRICT COURT — IT IS SO ORDERED — Elizabeth D. Laporte — Judge Elizabeth D. Laporte]

**EXHIBIT A**

**ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND**

I, Christopher P. Fields, of Lee & Fields, A.P.C., 3701 Wilshire Blvd., Ste. 510, Los Angeles, CA 90010, declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Northern District of California on _____ [date] in the case of Dian C. Lymburner, et. al. v. U.S. Financial Funding, Inc., et al, Case No. CV-08-04485-CW. I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint Ingrid Farino of Lee & Fields, A.P.C., 3701 Wilshire Blvd., Ste. 510, Los Angeles, CA 90010 as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: April 15, 2008

City and State where sworn and signed: Los Angeles, CA

Printed name: Christopher P. Fields

Signature:

-14-

STIPULATED PROTECTIVE ORDER - C 07-04485 - CW

# EXHIBIT A

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, Shahram Nassi, Esq., of Lewis Brisbois Bisgaard & Smith, LLP, One Sansome Street, Suite 1400, San Francisco, CA, declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Northern District of California on _____ [date] in the case of <u>Dian C. Lymburner, et. al.  v. U.S. FINANCIAL FUNDING, INC., et al</u>, Case No. C-08-00325-SBA (Oakland).  I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt.  I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint the Law Offices of Lewis Brisbois Bisgaard & Smith, LLP, One Sansome Street, Suite 1400, San Francisco, CA as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: April 17, 2008

City and State where sworn and signed:  San Francisco , CA

Printed name: __Shahram Nassi_____

Signature: _____

C:\DOCUME~1\nassi\LOCALS~1\Temp\XPGRPWISE\Prop. Stipulated Protective Order(1).doc[]_____

LEE & FIELDS
A PROFESSIONAL CORPORATION
3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
(213) 380-5858

PROPOSED STIPULATED PROTECTIVE ORDER - CV08-0325 SBA