UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LYMBURNER

        Plaintiff(s),

   v.

U.S. FINANCIAL FUNDS, INC.

        Defendant(s).
_____/

No. 08-00325 EDL

ORDER SETTING CASE MANAGEMENT CONFERENCE

[Reassigned Case]

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Elizabeth D. Laporte for trial and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10, that a Case Management Conference shall be held in this case on May 6, 2008, at 10:00 a.m. in Courtroom E, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10. The parties may file an updated joint case management conference if there are any changes to the parties' April 15, 2008 statement. Any update shall be filed no later than May 2, 2008 at noon.

All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**EDL**." One copy shall be clearly marked as a chambers copy.

IT IS SO ORDERED.

Dated: April 29, 2008

                                          _____
                                          ELIZABETH D. LAPORTE
                                          United States Magistrate Judge