Edward Y. Lee (171996)
edlee@leefieldslaw.com
Christopher P. Fields (SBN 174155)
chrisfields@leefieldslaw.com
**LEE & FIELDS, A.P.C.**
3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
Phone: (213) 380-5858

Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq.(SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444
Fax: (310) 854-0812

Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (818) 867-4820

Attorneys for Plaintiff and all Others Similarly Situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAN C. LYMBURNER, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FINANCIAL FUNDING, INC., a California corporation, and Does 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV08-0325 EDL<br><br>**REQUEST FOR TELEPHONIC COURT APPEARANCE FOR CASE MANAGEMENT CONFERENCE**<br><br>Date : May 6, 2008<br>Time : 10:00 AM<br>Place : Courtroom E<br>15th Floor |

TO THE COURT, PARTIES, AND THEIR ATTORNEY(S) OF RECORD HEREIN:

Attorney for Plaintiff, DIAN C. LYMBURNER, hereby requests a telephone appearance for a Case Management Conference currently scheduled for May 6, 2008 at 10:00AM in Courtroom E, 15th Floor, U.S. District Court, 450 Golden Gate Avenue,

LEE & FIELDS
A PROFESSIONAL CORPORATION
3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
(213) 380-5858

REQUEST FOR TELEPHONE APPEARANCE FOR CASE MANAGEMENT CONFERENCE

- 1 -

1  San Francisco, California.

2

3  DATED: April 30, 2008          **LEE & FIELDS**
                                   **A Professional Corporation**
4

5                                  By: _____
6                                      Edward Y. Lee, Esq.
                                       Christopher P. Fields, Esq.
7                                      3701 Wilshire Blvd., Ste. 510
                                       Los Angeles, CA 90010
8                                      Phone: (213) 380-5858
                                       Fax:  (213) 380-5860
9

10

11                                 Paul R. Kiesel, Esq.
                                   Patrick Deblase, Esq.
12                                 Michael C. Eyerly, Esq.
                                   KIESEL BOUCHER LARSON LLP
13                                 8648 Wilshire Boulevard
                                   Beverly Hills, California 90210
14
                                   Phone: (310) 854-4444
15                                 Fax:  (310) 854-0812
16

17                                 Jeffrey K. Berns, Esq.
                                   LAW OFFICES OF JEFFREY K. BERNS
18                                 19510 Ventura Blvd, Suite 200
                                   Tarzana, California 91356
19
                                   Phone: (818) 961-2000
20                                 Fax:  (818) 867-4820
21

22                                 Attorneys for Plaintiff and all others
                                   Similarly Situated
23

24

25

26

27

28

LEE & FIELDS
A PROFESSIONAL CORPORATION
3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
(213) 380-5858

REQUEST FOR TELEPHONE APPEARANCE FOR CASE MANAGEMENT CONFERENCE

- 2 -