**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROGER S. RAPHAEL, SB# 111946
    E-Mail: raphael@lbbslaw.com
SHAHRAM NASSI, SB# 239812
    E-Mail: nassi@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:    (415) 362-2580
Facsimile:    (415) 434-0882

Attorneys for Defendant
**U.S. FINANCIAL FUNDING, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAN C. LYMBURNER, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FINANCIAL FUNDING, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 08-00325 **EDL (San Francisco)**<br>**E-FILING**<br><br>**REQUEST FOR TELEPHONIC COURT APPEARANCE FOR CASE MANAGEMENT CONFERENCE**<br><br>Date:  **May 6, 2008**<br>Time:  **10:00 a.m.**<br>Place: **Courtroom E - 15th Floor**<br>Judge: **Honorable Elizabeth D. Laporte** |

**TO THE COURT, PARTIES, AND THEIR ATTORNEY(S) OF RECORD HEREIN:**

Attorney for defendant U.S. FINANCIAL FUNDING, INC., hereby requests a telephone appearance for a Case Management Conference currently scheduled for **May 6, 2008** at **10:00 a.m.** in **Courtroom E, 15th Floor**, United States District Court, 450 Golden Gate Avenue, San Francisco, CA 94102.

DATED: May ___, 2008          LEWIS BRISBOIS BISGAARD & SMITH LLP

                              By _____
                                 ROGER S. RAPHAEL
                                 SHAHRAM NASSI
                                 Attorneys for Defendant U.S. FINANCIAL FUNDING, INC.

4848-3942-5794.1

**REQUEST FOR TELEPHONIC COURT APPEARANCE FOR
CASE MANAGEMENT CONFERENCE**