IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LYMBURNER,

    Plaintiff,

  v.

U.S. FINANCIAL FUNDS, INC.,

    Defendants.

No. 08-00325 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On April 30, 2008, Plaintiff's counsel filed a request to appear telephonically at the initial case management conference set for May 6, 2008 at 10:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than May 5, 2008, counsel shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: May 1, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge