**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LYMBURNER,

    Plaintiff,

  v.

U.S. FINANCIAL FUNDS, INC.,

    Defendants.

No. 08-00325 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On May 1, 2008, Defendant's counsel filed a request to appear telephonically at the initial case management conference set for May 6, 2008 at 10:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than May 5, 2008, counsel shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: May 1, 2008

                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge