**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date:   May 6, 2008

Case No:  **C-08-00325 EDL**

Case Name:  **LYMBURNER v.  U.S. FINANCIAL FUNDS, INC.**

| | | |
|---|---|---|
| Attorneys: | Pltf: Christopher Fields | Deft: Roger Rafael |
| Deputy Clerk: Lili M. Harrell | | FTR Digital Recorder: 10:50am - 11:00am (Time: 10 min ) |

**PROCEEDINGS:**
   Initial Case Management Conference (telephonic)

**ORDERED AFTER HEARING:**
   Case previously referred to mediation which shall occur in 90 days. The parties may take 5 depositions prior to mediation.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:** 9/2/08 at 3:00pm for further case management conference.

**Notes:**

cc: