United States District Court
For the Northern District of California

1

2

3

4

5                   IN THE UNITED STATES DISTRICT COURT

6                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    LYMBURNER,                              No. C-08-00325 EDL

9              Plaintiff,                    **ORDER FOLLOWING CASE**
                                             **MANAGEMENT CONFERENCE**
10       v.

11   U.S. FINANCIAL FUNDS, INC.,

12             Defendant.
     _____/

13

14          On May 6, 2008, the Court held a Case Management Conference during which the Court

15   ordered the following:

16   1.     Each party may take up to five depositions prior to mediation.

17   2.     A further case management conference is set for September 2, 2008 at 3:00 p.m.  The parties

18          shall file a joint case management conference statement no later than August 26, 2008.  The

19          case management conference statement shall address, *inter alia*, a protocol for discovery of

20          electronically stored information and a deadline for adding parties to this lawsuit.

21          **IT IS SO ORDERED.**

22
     Dated: May 8, 2008
23
                                             _Elizabeth D. Laporte_
                                             _____
24                                           ELIZABETH D. LAPORTE
                                             United States Magistrate Judge
25

26

27

28