UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIAN C. LYMBURNER, individually and on behalf of others similarly situated

Plaintiff(s),

v.

U.S. FINANCIAL FUNDING, INC., a California corporation, and Does 1 through 10. inclusive

Defendant(s).

No.   CV 08-0325

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 8, 2008

Signature

Counsel for  Plaintiff
(Plaintiff, Defendant or indicate "pro se")