# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

ONE SANSOME STREET, SUITE 1400, SAN FRANCISCO, CA 94104
PHONE: 415.362.2580 | FAX: 415.434.0882 | WEBSITE: www.lbbslaw.com

ROGER S. RAPHAEL
DIRECT DIAL: 415.438.6624
E-MAIL: raphael@lbbslaw.com

June 6, 2008

FILE NO.
6234-6560

Magistrate Judge Wayne D. Brazil
1301 Clay Street
Courtroom 4, 3rd Floor
Oakland, CA 94612

Re:  *Dian C. Lymburner v. U.S. Financial Funding, Inc.*
     United States District Court - Northern District No. CV 08 0325 MJJ

Dear Judge Brazil:

This case has been assigned to the Court's mediation program, and will undergo private mediation in San Francisco in the next sixty days. Our client representative is based in New York, and has requested to constructively appear at the mediation via telephone. The plaintiff and the mediator agree to this request, but we understand that Court approval is also necessary.

Please advise if the Court will permit our principal's appearance by telephone. Thank you for your consideration.

Very truly yours,

Roger S. Raphael of
LEWIS BRISBOIS BISGAARD & SMITH LLP

RSR:rpn

cc:  J. Daniel Sharp, Esq. (Mediator)
     All Counsel

ATLANTA | CHICAGO | FORT LAUDERDALE | LAFAYETTE | LAS VEGAS | LOS ANGELES | NEW ORLEANS | NEW YORK
ORANGE COUNTY | PHOENIX | SACRAMENTO | SAN BERNARDINO | SAN DIEGO | SAN FRANCISCO | TAMPA | TUCSON

4814-2336-8450.1