# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

ONE SANSOME STREET, SUITE 1400, SAN FRANCISCO, CA 94104
PHONE: 415.362.2580 | FAX: 415.434.0882 | WEBSITE: www.lbbslaw.com

**ROGER S. RAPHAEL**　　　　　　　　　　June 11, 2008　　　　　　　　　　FILE NO.
DIRECT DIAL: 415.438.6624　　　　　　　　　　　　　　　　　　　　　　　　6234-6560
E-MAIL: raphael@lbbslaw.com

Magistrate Judge Wayne D. Brazil
1301 Clay Street
Courtroom 4, 3rd Floor
Oakland, CA 94612

　　　Re:　*Dian C. Lymburner v. U.S. Financial Funding, Inc.*
　　　　　United States District Court - Northern District No. CV 08 0325 MJJ

Dear Judge Brazil:

　　　Pursuant to Northern District ADR Local Rule 6-9(d), Defendant U.S. Financial Funding submits the following (revised) request to allow its claims representative to attend the mediation in this matter via telephone.

　　　**1.　Considerations Supporting this Request**

　　　This lawsuit is being defended under an Errors & Omissions insurance policy issued by an AIG company. The claims representative is based in New York, New York. This is an early mediation in a case that has had no depositions, and has no trial date. We have successfully resolved numerous other cases on behalf of clients insured by this carrier without requiring the claims representative to attend in person. It would be a hardship to require the personal attendance of the carrier in this instance.

　　　**2.　The amount in Controversy**

　　　This is a TILA/ Regulation Z action in which plaintiff alleges that she was mislead regarding the terms of an Adjustable Rate Mortgage on her residence. Defendant believes that the plaintiff will claim damages in the form of allegedly improper rates, fees, costs and charges associated with the loan and perhaps with her efforts to refinance it. For this individual plaintiff, the damages are minimal, likely under $10,000. The action is a putative class action, and the amount could be significantly higher if a class were ever certified. At this early stage, no schedule for a certification motion has been set.

ATLANTA | CHICAGO | FORT LAUDERDALE | LAFAYETTE | LAS VEGAS | LOS ANGELES | NEW ORLEANS | NEW YORK
ORANGE COUNTY | PHOENIX | SACRAMENTO | SAN BERNARDINO | SAN DIEGO | SAN FRANCISCO | TAMPA | TUCSON

4822-4217-7794.1

LEWIS BRISBOIS BISGAARD & SMITH LLP

Magistrate Judge Wayne D. Brazil
*Lymburner v. U.S. Financial Funding*
June 11, 2008
Page 2

### 3. Positions of Other Parties

The only other party is the plaintiff, who consents to this request, as does the mediator.

### 4. Proposed Order

A proposed order is attached.

Please advise if the Court will permit our principal's appearance by telephone. Thank you for your consideration.

Very truly yours,

*[signature]*

Roger S. Raphael of
LEWIS BRISBOIS BISGAARD & SMITH LLP

RSR:rpn
Encl.

cc:   J. Daniel Sharp, Esq. (Mediator)
      All Counsel

4822-4217-7794.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
ROGER S. RAPHAEL, SB# 111946
  E-Mail: raphael@lbbslaw.com
SHAHRAM NASSI, SB# 239812
  E-Mail: nassi@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:  (415) 362-2580
Facsimile:  (415) 434-0882

Attorneys for Defendant
U.S. FINANCIAL FUNDING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAN C. LYMBURNER, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FINANCIAL FUNDING, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 08-00325 **EDL (San Francisco)**<br>**E-FILING**<br><br>**[PROPOSED] ORDER** |

**GOOD CAUSE APPEARING, IT IS ORDERED** that defendant **U.S. FINANCIAL FUNDING, INC.**'s client representative, who is based in New York, may appear at the July 28, 2008 Mediation via telephone.

DATED: June ___, 2008

_____
**MAGISTRATE JUDGE WAYNE D. BRAZIL**

4816-4960-1538.1

PROPOSED] ORDER