ATTORNEYS AT LAW

# FOLGER LEVIN & KAHN LLP

Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, California 94111
Telephone 415.986.2800
Facsimile 415.986.2827

June 6, 2008

Los Angeles Office:
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Telephone 310.556.3700
Facsimile 310.556.3770

**BY E-MAIL**

www.flk.com

Edward Young Lee
Christopher Peter Fields
Lee & Fields, A.P.C.
3701 Wilshire Blvd., #510
Los Angeles, CA 90010
edlee@leefieldslaw.com
chrisfields@leefieldslaw.com

David M. Arbogast
Jeffrey K. Berns
Arbogast & Berns LLP
19510 Ventura Blvd., Suite 200
Tarzana, CA 91345
jberns@law111.com
darbogast@law111.com

Michael C. Eyerly
Patrick DeBlase
Paul R. Kiesel
Kiesel Boucher & Larson
8648 Wilshire Blvd.
Beverly Hills, CA 90211-2910
eyerly@kbla.com
deblase@kbla.com
kiesel@kbla.com

Shahram Nassi
Roger Scott Raphael
Lewis Brisbois Bisgaard & Smith
One Sansome Street, Suite 1400
San Francisco, CA 94104
nassi@lbbslaw.com
raphael@lbbslaw.com

Re: *Lymburner v. U.S. Financial Funds, Inc.,* United States District Court, Northern District of California, Case No. 08 00325 EDL MED

Dear Counsel:

This letter follows our telephone conference this morning regarding the mediation of the above-referenced matter. Chris Fields, Mike Eyerly and Roger Raphael participated in the call. The mediation is scheduled as follows:

**Date:** Monday, July 28, 2008
**Time:** 10:00 a.m. Pacific time
**Location:** Folger Levin & Kahn LLP
275 Battery Street
23rd Floor
San Francisco CA 94111

FOLGER LEVIN & KAHN LLP

All Counsel in
*Lymburner v. U.S. Financial Funds, Inc.*
Page 2

The written statements described in ADR L.R. 6-7 will be exchanged and e-mailed or otherwise delivered to me by the end of the day on Wednesday, July 23, 2008.

Plaintiffs indicated that they have identified an additional defendant and intend to move to amend their complaint to add the one additional defendant. No other additional potential defendants were identified. We discussed whether the mediation should be delayed in order for the additional defendant to be brought into the case and participate at the mediation. All parties concurred that it would be productive to proceed with pursuing a settlement with the original defendant, U.S. Financial Funds, Inc., and that the mediation should go forward.

Defendant requested that the parties communicate informally with respect to settlement as expeditiously as possible, and Plaintiffs agreed to do so. I indicated that the parties may contact me by phone, separately or together, if they would like my assistance in facilitating settlement in advance of the mediation, so long as both parties are in agreement to seek my involvement.

All parties agreed that the representative of U.S. Financial Funds, Inc., who is located in New York, could constructively participate in the mediation by telephone rather than in person. The parties were instructed to send a letter to the ADR Magistrate Judge Brazil requesting permission as required by ADR L.R. 6-9(d).

I enclose a copy of the court's standard confidentiality agreement which the parties will need to sign at the outset of the mediation session. Please review this agreement with your clients and contact me right away if you have any questions or concerns about this form.

I look forward to working with you and your clients.

Very truly yours,

J. Daniel Sharp

cc:   Clerk's Office-ADR Unit

35004\0046\604769.1