**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROGER S. RAPHAEL, SB# 111946
  E-Mail: raphael@lbbslaw.com
SHAHRAM NASSI, SB# 239812
  E-Mail: nassi@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:   (415) 362-2580
Facsimile:   (415) 434-0882

Attorneys for Defendant
**U.S. FINANCIAL FUNDING, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAN C. LYMBURNER, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FINANCIAL FUNDING, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 08-00325 **EDL (San Francisco)**<br>E-FILING<br><br>[PROPOSED] ORDER |

**GOOD CAUSE APPEARING, IT IS ORDERED** that defendant **U.S. FINANCIAL FUNDING, INC.**'s client representative, who is based in New York, may appear at the July 28, 2008 Mediation via telephone.

DATED: June 17, 2008

_____
MAGISTRATE JUDGE WAYNE D. BRAZIL

4816-4960-1538.1

[PROPOSED] ORDER