# LEE & FIELDS

A PROFESSIONAL CORPORATION

EDWARD Y. LEE                                                                                    CHRISTOPHER P. FIELDS

3701 WILSHIRE BOULEVARD, SUITE 510
LOS ANGELES, CALIFORNIA 90010
TEL. (213) 380-5858 / FAX. (213) 380-5860

July 21, 2008

Magistrate Judge Wayne D. Brazil
1301 Clay Street
Courtroom 4, 3rd Floor
Oakland, CA 94612

RE:   **Lymburner v. U. S. Financial Funding, Inc.**
      **USDC Case No.: CV08-0325 EDL**

Dear Judge Brazil:

Pursuant to Northern District ADR Local Rule 6-9(d), Plaintiff, Dyan C. Lymburner submits the following request to allow her to attend the mediation in this matter via telephone.

1. **Considerations Supporting this Request**

This is an early mediation in a case that has had no depositions, and has no trial date. The Plaintiff, Ms. Lymburner had formerly agreed to represent the class in this action and has, out of necessity, been required to refinance out of the loan which is the subject of this action, thus, she may no longer be an adequate party in interest to this action. Further, Ms. Lymburner has no authority to bind the class to any agreement reached in this mediation. Lastly, Ms. Lymburner does not drive and does not take public transportation. As the mediation is approximately 100 miles round trip it would be a hardship to require the personal attendance of Ms. Lymburner in this instance.

2. **The Amount in Controversy**

This is a TILA/Regulation Z Class Action in which, through discovery, it has been revealed that there are, at the minimum, more than 100 similarly situated class members. Plaintiff has claimed damages in the form of improper rates, payments and charges and seeks a rescission of the loan transaction. If rescission is afforded the approximately 100 members currently identified, then damages will very likely exceed $1,000.000.00. However, as more class members are identified through discovery, damages are very likely to amount to several million dollars or tens of millions of dollars.

3. **Positions of Other Parties**

The only other party, to date, is the Defendant, U.S. Financial Funding, Inc., who consents to this request, as does the mediator.

Magistrate Judge Wayne D. Brazil
Lymburner v. U.S. Financial Funding
July 21, 2008
Page 2

4. **Proposed Order**

A proposed order is attached.

Please advise if the Court will permit our principal's appearance by telephone. Thank you for your consideration.

Very truly yours,

LEE & FIELDS
A Professional Corporation

Christopher P. Fields
Attorney at Law

Cc: J. Daniel Sharp, Esq. (Mediator)
All Counsel

Encl: Proposed Order

1  Edward Y. Lee (171996)
   edlee@leefieldslaw.com
2  Christopher P. Fields (SBN 174155)
   chrisfields@leefieldslaw.com
3  **LEE & FIELDS, A.P.C.**
   3701 Wilshire Blvd., Ste. 510
4  Los Angeles, CA 90010
   Phone: (213) 380-5858
5

6  Paul R. Kiesel, Esq. (SBN 119854)
   kiesel@kbla.com
7  Patrick DeBlase, Esq. (SBN 167138)
   deblase@kbla.com
8  Michael C. Eyerly, Esq.(SBN 178693)
   eyerly@kbla.com
9  **KIESEL BOUCHER LARSON LLP**
   8648 Wilshire Boulevard
10 Beverly Hills, California 90211
   Phone: (310) 854-4444
11 Fax: (310) 854-0812

Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (818) 867-4820

12 Attorneys for Plaintiff and all Others Similarly Situated

13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16 DIAN C. LYMBURNER, individually,       )   CASE NO. CV08-0325 EDL
   and on behalf of others similarly situated, )
17                                          )   **[PROPOSED] ORDER**
              Plaintiff,                     )
18                                          )
         v.                                  )
19                                          )
   U.S. FINANCIAL FUNDING, INC.,            )
20 a California corporation, and Does 1    )
   through 10, inclusive,                   )
21                                          )
              Defendants.                    )
22 _____)

23

24 **GOOD CAUSE APPEARING, IT IS ORDERED** that Plaintiff, DYAN C.

25 LYMBURNER, may appear at the July 28, 2008 Mediation by telephone.

26
   DATED: July_____, 2008
27                                          _____
                                            MAGISTRATE JUDGE WAYNE D. BRAZIL
28

LEE & FIELDS
A PROFESSIONAL CORPORATION
3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
(213) 380-5858

[PROPOSED] ORDER

- 1 -