1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   ROGER S. RAPHAEL, SB# 111946
2     E-Mail: raphael@lbbslaw.com
   SHAHRAM NASSI, SB# 239812
3     E-Mail: nassi@lbbslaw.com
   One Sansome Street, Suite 1400
4  San Francisco, California  94104
   Telephone:    (415) 362-2580
5  Facsimile:    (415) 434-0882

6  Attorneys for Defendant
   **U.S. FINANCIAL FUNDING, INC.**
7

8                    UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

10

| | |
|---|---|
| DIAN C. LYMBURNER, individually, and on behalf of others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>U.S. FINANCIAL FUNDING, INC., a California corporation, and DOES 1 through 10, inclusive,  )<br>)<br>Defendants.  )<br>) | CASE NO. CV 08-00325 EDL<br><br>**E-FILING**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND (PROPOSED) ORDER.**<br><br>Date:   **September 2, 2008**<br>Time:   **3:00 p.m.**<br>Place:  **Courtroom E - 15th Floor**<br>Judge:  **Honorable Elizabeth D. Laporte** |

18  TO THE COURT, PARTIES, AND THEIR ATTORNEY(S) OF RECORD HEREIN:

19         IT IS HEREBY STIPULATED by and between Defendant U.S. FINANCIAL FUNDING,

20  INC. and Plaintiff DIAN C. LYMBURNER, by and through their respective counsel of record, that

21  the Case Management Conference set for September 2, 2008, at 3:00 p.m. be continued for 30 days,

22  to enable the Parties to complete a mediation with J. Daniel Sharp, which will be scheduled during

23  the week of September 8, 2008.

24         The Parties started mediation on July 28, 2008, but were unable to complete the mediation

25  prior to the scheduled Case Management Conference.  The first available time for the Parties and their

26  respective counsel to complete the mediation is the week of September 8, 2008.

27  / / /

28  / / /

4836-4853-1458.1

STIPULATION AND ORDER TO CONTINUE CMC

IT IS SO STIPULATED.

DATED: August ___, 2008        LEE & FIELDS, A.P.C.

By_____
    Christopher P. Fields
    Attorneys for Plaintiff, Dian C. Lymburner

DATED: August ___, 2007        LEWIS BRISBOIS BISGAARD & SMITH LLP

By_____
    Roger S. Raphael
    Shahram Nassi
    Attorneys for Defendant, U.S. Financial Funding, Inc.

IT IS SO ORDERED.

    PURSUANT TO STIPULATION OF THE PARTIES, the Case Management Conference is continued to _____ at _____ a.m./p.m, in Department _____.

DATED: _____, 2008    _____
                                                    MAGISTRATE JUDGE

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580