1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   ROGER S. RAPHAEL, SB# 111946
2      E-Mail: raphael@lbbslaw.com
   SHAHRAM NASSI, SB# 239812
3      E-Mail: nassi@lbbslaw.com
   One Sansome Street, Suite 1400
4  San Francisco, California  94104
   Telephone:    (415) 362-2580
5  Facsimile:    (415) 434-0882

6  Attorneys for Defendant
   **U.S. FINANCIAL FUNDING, INC.**
7

8                     UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

10

11 | DIAN C. LYMBURNER, individually, and on ) CASE NO. CV 08-00325 EDL
   | behalf of others similarly situated,                    )
12 |                                                         ) **E-FILING**
   |                   Plaintiff,                            )
13 |                                                         ) **STIPULATION TO CONTINUE**
   |         v.                                              ) **CASE MANAGEMENT CONFERENCE**
14 |                                                         ) **AND (PROPOSED) ORDER.**
   | U.S. FINANCIAL FUNDING, INC., a                         )
15 | California corporation, and DOES 1 through 10, ) Date:  **September 2, 2008**
   | inclusive,                                              ) Time:  **3:00 p.m.**
16 |                                                         ) Place: **Courtroom E - 15th Floor**
   |                   Defendants.                           ) Judge: **Honorable Elizabeth D. Laporte**
17 |                                                         )

18 TO THE COURT, PARTIES, AND THEIR ATTORNEY(S) OF RECORD HEREIN:

19         IT IS HEREBY STIPULATED by and between Defendant U.S. FINANCIAL FUNDING,

20 INC. and Plaintiff DIAN C. LYMBURNER, by and through their respective counsel of record, that

21 the Case Management Conference set for September 2, 2008, at 3:00 p.m. be continued for 30 days,

22 to enable the Parties to complete a mediation with J. Daniel Sharp, which will be scheduled during

23 the week of September 8, 2008.

24         The Parties started mediation on July 28, 2008, but were unable to complete the mediation

25 prior to the scheduled Case Management Conference.  The first available time for the Parties and their

26 respective counsel to complete the mediation is the week of September 8, 2008.

27 / / /

28 / / /

4836-4853-1458.1

STIPULATION AND ORDER TO CONTINUE CMC

1  IT IS SO STIPULATED.

2  DATED: August ___, 2008        LEE & FIELDS, A.P.C.

3

4

5                                  By_____
6                                      Christopher P. Fields
                                        Attorneys for Plaintiff, Dian C. Lymburner
7

8

9  DATED: August ___, 2007        LEWIS BRISBOIS BISGAARD & SMITH LLP
10

11

12                                 By_____
13                                     Roger S. Raphael
                                       Shahram Nassi
14                                     Attorneys for Defendant, U.S. Financial Funding, Inc.

15

16  IT IS SO ORDERED.

17       PURSUANT TO STIPULATION OF THE PARTIES, the Case Management Conference is

18  continued to  9/30/2008  at  3:00  a.m./p.m, in Department    E    .
    An updated joint case management statement shall be filed no later than 9/23/2008.
19

20

21  DATED:  August 26 , 2008       _____
22                                           MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte
United States District Court, Northern District of California

Lewis Brisbois Bisgaard & Smith LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4836-4853-1458.1                          -2-
STIPULATION AND ORDER TO CONTINUE CMC