IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYMBURNER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. FINANCIAL FUNDS, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C-08-00325 EDL<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

The Court held a Further Case Management Conference on September 30, 2008. Defendant indicated that it would stipulate to the filing of an amended complaint that adds IndyMac Bancorp, Inc. as a defendant  Plaintiff shall file the amended complaint no later than October 6, 2008. No later than October 7, 2008, the parties shall agree on a service date for the amended complaint. A Further Case Management Conference is set for December 9, 2008 at 10:00 a.m. The parties shall file a joint case management conference statement no later than December 2, 2008.

**IT IS SO ORDERED.**

Dated: October 3, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge