Edward Y. Lee (171996)
edlee@leefields.com
Christopher P. Fields (SBN 174155)
chrisfields@leefields.com
**LEE & FIELDS, A.P.C.**
3701 Wilshire Blvd., Ste. 510
Los Angeles, CA 90010
Phone: (213) 380-5858

David M. Arbogast (SBN 167571)
David@SpiroMoss.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000
Fax: (310) 861-1775

Attorneys for Plaintiff and all others Similarly Situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAN C. LYMBURNER, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>US FINANCIAL FUNDING, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 08-CV-00325- SBA<br><br>CLASS ACTION<br><br>[*Assigned to Hon. Sandra Brown Armstrong*]<br><br>SUBSTITUTION OF ATTORNEY<br><br><br>Complaint Filed: January 17, 2008<br>Trial Date: Not set yet. |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, DIAN C. LYMBURNER requests the following substitution:

**Former legal representatives:**
Paul R. Kiesel, Esq.
Patrick Deblase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90210
Phone: (310) 854-4444
Fax:    (310) 854-0812

**New legal representative:**
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000
Fax:    (818) 867-4820

The parties requesting substitution are Plaintiff, DIAN C. LYMBURNER.

I CONSENT TO THIS SUBSTITUTION:

Dated: February 3, 2009            */s/ Dian Lymburner*
                                    Plaintiff, DIAN C. LYMBURNER


I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)

Dated: February 6, 2009            */s/ Paul Kiesel*
                                    Paul Kiesel
                                    KIESEL BOUCHER LARSON LLP

Dated: February 6, 2009            */s/ Michael Eyerly*
                                    Michael Eyerly
                                    KIESEL BOUCHER LARSON LLP

Dated: February 6, 2009            */s/Patrick DeBlase*
                                    Patrick DeBlase
                                    KIESEL BOUCHER LARSON LLP

I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEYS)

Req for Substitution of Attorney-08-CV-00325-SBA

| | | |
|---|---|---|
| 1 | DATED: February 11, 2009 | **ARBOGAST & BERNS LLP** |
| 2 | | |
| 3 | | By: _/s/ Jeffrey K. Berns_<br>19510 Ventura Boulevard, Suite 200 |
| 4 | | Tarzana, California 91356.<br>Phone: (818) 961-2000 |
| 5 | | Fax:    (818) 867-4820 |
| 6 | | Attorneys for Plaintiffs  DIAN C. LYMBURNER and all others Similarly Situated |
| 7 | | |

8    **[PROPOSED] ORDER**

9    Upon consideration of all the papers submitted in connection herewith, and good cause

10  appearing, the Substitution of Attorney is here by granted.

11  **IT IS SO ORDERED**

12

13  Dated:    February 26, 2009

14  ~~Hon. Sandra Brown Armstrong~~

    Elizabeth D. Laporte

15  United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Req for Substitution of Attorney-08-CV-00325-SBA