IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LYMBURNER,

    Plaintiff,

    v.

U.S. FINANCIAL FUNDS, INC.,

    Defendants.

No. 08-00325 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On April 13, 2009, Plaintiff's counsel filed a request to appear telephonically at the initial case management conference set for April 14, 2009 at 10:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than April 13, 2009 at 5:00 p.m., counsel shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: April 13, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge