**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIAN C. LYMBURNER,

    Plaintiff,

  v.

U.S. FINANCIAL FUNDING, INC.,

    Defendant.
_____/

No. C-08-00325 EDL

**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**

On April 14, 2009, the Court held a further case management conference in this case. As stated at the conference, the Court orders that:

1. The parties shall meet and confer regarding amendment of the complaint with respect to the remedies available against the sole remaining Defendant U.S. Financial Funding, or other issues, if any, affected by the elimination of other Defendants. No later than May 1, 2009, Plaintiff shall file either a stipulation and amended complaint or a party should file another appropriate motion or stipulation addressing these issues.

2. The last day to hear a motion for class certification is November 3, 2009.

3. A further case management conference is scheduled for June 16, 2009 at 10:00 a.m. The parties shall file a joint further case management conference statement no later than June 9, 2009. At the June 16, 2009 conference, the Court intends to set further pretrial and trial dates. In addition, the parties should be prepared to discuss whether referral for a settlement

//
//

conference with a magistrate judge would be appropriate.

**IT IS SO ORDERED.**

Dated: April 14, 2009

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge