**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROGER S. RAPHAEL, SB# 111946
E-Mail: raphael@lbbslaw.com
SHAHRAM NASSI, SB# 239812
E-Mail: nassi@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
**U.S. FINANCIAL FUNDING, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| DIAN C. LYMBURNER, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FINANCIAL FUNDING, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 08-00325 EDL<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING U.S. FINANCIAL FUNDING INC.'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

WHEREAS, on April 14, 2009, the parties attended a Case Management Conference in the above-captioned matter;

WHEREAS, following the Case Management Conference, the Honorable Judge Elizabeth D. Laporte, ordered the parties to meet and confer regarding amendment of the complaint, and for Plaintiff to file an amended complaint no later than May 1, 2009;

WHEREAS, on May 1, 2009, Plaintiff filed a Second Amended Class Action Complaint;

WHEREAS, Plaintiff and Defendant U.S. Financial Funding, Inc., have agreed that Defendant shall not be required to answer the Second Amended Class Action Complaint, and that all denials, responses, and affirmative defenses contained in the answer filed by Defendant to the original complaint shall be responsive to the Second Amended Class Action Complaint;

/ / /



IT IS HEREBY AGREED AND STIPULATED by and among the parties, through their respective counsel, that:

1. Defendant U.S. Financial Funding, Inc. shall not be required to answer the Second Amended Class Action Complaint, and that all denials, responses, and affirmative defenses contained in the answer filed by Defendant to the original complaint shall be responsive to the Second Amended Class Action Complaint.

IT IS SO STIPULATED.

DATED: May____, 2009

LEE & FIELDS, A.P.C.

By_________________________________
Christopher P. Fields
Attorneys for Plaintiff, Dian C. Lymburner

DATED: May____, 2009

LEWIS BRISBOIS BISGAARD & SMITH LLP

By_________________________________
Roger S. Raphael
Shahram Nassi
Attorneys for Defendant, U.S. Financial Funding, Inc.



[~~PROPOSED~~] ORDER

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant U.S. Financial Funding, Inc. shall not be required to answer the Second Amended Class Action Complaint, and that all denials, responses, and affirmative defenses contained in the answer filed by Defendant to the original complaint shall be responsive to the Second Amended Class Action Complaint.

IT IS SO ORDERED

Dated: _ May 28, 2009 _

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Elizabeth D. Laporte
NORTHERN DISTRICT OF CALIFORNIA

Hon.
Unite ... dge

4819-8358-0419.1

-3-

STIPULATION AND [~~PROPOSED~~] ORDER RE ANSWER TO PLAINTIFF'S COMPLAINT
LYMBURNER V U.S. FINANCIAL CV08-00325 EDL

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

*Dian C. Lymburner v. U.S. Financial Funding, Inc.*
USDC, Northern District, Oakland, Case No. CV 08-0325 EDL

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On May 26, 2009, I served the following document(s) by E-FILING:

**DEFENDANT U.S. FINANCIAL FUNDING INC.'S STIPULATION AND [PROPOSED] ORDER REGARDING U. S. FINANCIAL FUNDING INC.'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

I served the documents on the following persons at the following addresses (BY E-FILING WITH THE COURT AND PROVIDED e-mail addresses):

| | | |
|---|---|---|
| Christopher P. Fields<br>chrisfields@leefieldslaw.com<br>Edlee@leefields.com, or<br>Efields43@yahoo.com<br>Lee & Fields, A.P.C.<br>3701 Wilshire Blvd., Ste. 510<br>Los Angeles, CA 90010<br>Tel: (213) 380-5858 | Jeffrey K. Berns, Esq.<br>David M. Arbogast, Esq.<br>jberns@jeffbernslaw.com<br>darbogast@law111.com<br>Arbogast & Berns LLP<br>19510 Ventura Boulevard,<br>Suite 200<br>Tarzana, CA 91356<br>Tel: 818/ 961-2000<br>Fax: 818/ 867-4820 | Paul R. Kiesel, Esq.<br>Patrick Deblase, Esq.<br>Michael C. Eyerly, Esq.<br>Kiesel@kbla.com<br>deblase@kbla.com<br>eyerly@kbla.com<br>Cgarcia@kbla.com<br>Kiesel Boucher Larson LLP<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90210<br>Tel: 310/ 854-4444<br>Fax: 310/ 854-0812 |

The documents were served by the following means:

[X] (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[**X**] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 26, 2009, at San Francisco, California.

Arleigh Koulax

