1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROGER S. RAPHAEL, SB# 111946
2      E-Mail: raphael@lbbslaw.com
SHAHRAM NASSI, SB# 239812
3      E-Mail: nassi@lbbslaw.com
One Sansome Street, Suite 1400
4  San Francisco, California 94104
Telephone:    (415) 362-2580
5  Facsimile:    (415) 434-0882

6  Attorneys for Defendant
**U.S. FINANCIAL FUNDING, INC.**
7

8                    UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

10

11  DIAN C. LYMBURNER, individually, and on ) CASE NO. CV 08-00325 EDL
behalf of others similarly situated,                    )
12                                                      )
            Plaintiff,                                  )
13                                                      ) **STIPULATION AND [PROPOSED] ORDER**
     v.                                                 ) **REGARDING U.S. FINANCIAL FUNDING**
14                                                      ) **INC.'S ANSWER TO PLAINTIFF'S THIRD**
U.S. FINANCIAL FUNDING, INC., a                         ) **AMENDED COMPLAINT**
15  California corporation, and DOES 1 through 10, )
inclusive,                                              )
16                                                      )
            Defendants.                                 )
17  _____ )

18       WHEREAS, on July 15, 2009, Plaintiff filed a Third Amended Class Action Complaint;

19       WHEREAS, Plaintiff and Defendant U.S. Financial Funding, Inc., have agreed that Defendant

20  shall not be required to answer the Third Amended Class Action Complaint, and that all denials,

21  responses, and affirmative defenses contained in the answer filed by Defendant to the original

22  complaint shall be responsive to the Third Amended Class Action Complaint;

23       IT IS HEREBY AGREED AND STIPULATED by and among the parties, through their

24  respective counsel, that:

25       1. Defendant U.S. Financial Funding, Inc. shall not be required to answer the Third Amended

26  Class Action Complaint, and that all denials, responses, and affirmative defenses contained in the

27  answer filed by Defendant to the original complaint shall be responsive to the Third Amended Class

28  Action Complaint.



4848-4734-0548.1
STIPULATION AND [PROPOSED] ORDER RE ANSWER TO PLAINTIFF'S 3RD AMENDED COMPLAINT
LYMBURNER V U.S. FINANCIAL CV08-00325 EDL

1  IT IS SO STIPULATED.

2  DATED: August 4, 2009                    LEE & FIELDS, A.P.C.
3

4

5
                                            By_____
6                                              Christopher P. Fields
                                               Attorneys for Plaintiff, Dian C. Lymburner
7

8

9  DATED: August 5, 2009                    LEWIS BRISBOIS BISGAARD & SMITH LLP
10

11

12
                                            By_____
13                                             Roger S. Raphael
                                               Shahram Nassi
14                                             Attorneys for Defendant, U.S. Financial Funding, Inc.

15

16
                              [~~PROPOSED~~] ORDER
17
        Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that:
18
        1.     Defendant U.S. Financial Funding, Inc. shall not be required to answer the Third
19
   Amended Class Action Complaint, and that all denials, responses, and affirmative defenses contained
20
   in the answer filed by Defendant to the original complaint shall be responsive to the Third Amended
21
   Class Action Complaint.
22

23
   IT IS SO ORDERED
24

25
   Dated: August 6, 2009                    _____
26                                          Hon. Elizabeth D. Laporte
                                            United States District Court Judge
27

28



4848-4734-0548.1                    -2-
STIPULATION AND [PROPOSED] ORDER RE ANSWER TO PLAINTIFF'S 3RD AMENDED COMPLAINT
              LYMBURNER V U.S. FINANCIAL CV08-00325 EDL

*Dian C. Lymburner v. U.S. Financial Funding, Inc.*
USDC, Northern District, Oakland, Case No. CV 08-0325 EDL

*Dian C. Lymburner v. U.S. Financial Funding, Inc.*
USDC, Northern District, Oakland, Case No. CV 08-0325 SBA

# E-FILING CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On August 5, 2009, I served the following document(s):

**DEFENDANT U.S. FINANCIAL FUNDING INC.'S STIPULATION AND [PROPOSED] ORDER REGARDING U.S. FINANCIAL FUNDING INC.'S ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

**The documents were served by the following means:**

[X] **E-MAIL TRANSMISSION BY THE COURT'S ELECTRONIC FILING SYSTEM TRANSMITTED TO PARTIES IN THIS ACTION.**

| | |
|---|---|
| Jeffrey K. Berns | jberns@jeffbernslaw.com |
| David M. Arbogast | darbogast@law111.com |
| Christopher Peter Fields | chrisfields@leefieldslaw.com |
| Edward Young Lee | Edlee@leefields.com, or Efields43@yahoo.com |
| Paul R. Kiesel | Kiesel@kbla.com |
| Patrick DeBlase | deblase@kbla.com |
| Michael C. Eyerly | eyerly@kbla.com |
| | Cgarcia@kbla.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 5, 2009, at San Francisco, California.

_____
Arleigh Koulax



4848-4734-0548.1

-3-

STIPULATION AND [PROPOSED] ORDER RE ANSWER TO PLAINTIFF'S 3RD AMENDED COMPLAINT
LYMBURNER V U.S. FINANCIAL CV08-00325 EDL