**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROGER S. RAPHAEL, SB# 111946
 E-Mail: raphael@lbbslaw.com
SHAHRAM NASSI, SB# 239812
 E-Mail: nassi@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
**U.S. FINANCIAL FUNDING, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| DIAN C. LYMBURNER, individually, and on behalf of others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. FINANCIAL FUNDING, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO. CV 08-00325 EDL<br><br>**E-FILING**<br><br>**STIPULATION TO CONTINUE DATE FOR JOINT REPORT REGARDING CLASS DEFINITION AND (P~~ROPOSED~~) ORDER.**<br><br>Judge: **Honorable Elizabeth D. Laporte** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY(S) OF RECORD HEREIN:

WHEREAS, on December 15, 2009, Plaintiff's motion for Class Certification was heard by this Court;

WHEREAS, at the conclusion of oral arguments at the hearing, the Court indicated it was going to certify the class action and ordered the parties to meet and confer regarding class definition issues, and submit a joint report to the Court by January 11, 2010;

WHEREAS, the parties have exchanged correspondence and engaged in meaningful discussions on this subject, which discussions are continuing;

WHEREAS, the parties believe that a brief, one-week continuance of the date to report back to the Court will maximize the chances of the parties reaching an agreement as to a class definition;

1   IT IS HEREBY STIPULATED by and between Defendant U.S. FINANCIAL FUNDING,
2   INC. and Plaintiff DIAN C. LYMBURNER, by and through their respective counsel of record, that
3   the date for the parties to submit a joint report to the Court on regarding the class definition shall be
4   continued to January 18, 2010. The parties request that the Court enter an order establishing this date.

6   IT IS SO STIPULATED.

7   DATED: January 7, 2010           ARBOGAST & BERNS, LLP

9                                    By /s/ Jeffrey K. Berns
10                                      David M. Arbogast
                                        Jeffrey K. Berns
11                                      Attorneys for Plaintiff, Dian C. Lymburner

14  DATED: January 7, 2010           LEWIS BRISBOIS BISGAARD & SMITH LLP

16                                   By /s/ Shahram Nassi
                                        Roger S. Raphael
17                                      Shahram Nassi
                                        Attorneys for Defendant, U.S. Financial Funding, Inc.



4826-5144-1157.1                     -2-
STPULATION AND ORDER TO CONTINUE DATE SET BY COURT

1  IT IS SO ORDERED.

2      PURSUANT TO STIPULATION OF THE PARTIES, the date for the parties to report back to the Court on an acceptable class definition is continued to January 18, 2010.

6  DATED:   January 8, 2010  , 2010

                                *Elizabeth D. Laporte*
                                Hon. Elizabeth D. Laporte
                                United States District Court Judge