IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYMBURNER,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. FINANCIAL FUNDING, INC.,<br><br>    Defendant.                         / | No. C-08-00325 EDL<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE MOTION** |

On May 25, 2011, the parties requested an extension of time to file their motion for preliminary approval of the settlement in this case. Good cause appearing, the deadline to file the motion is extended to June 17, 2011.

**IT IS SO ORDERED.**

Dated: May _27_, 2011

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge