IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYMBURNER,<br><br>       Plaintiff,<br><br>  v.<br><br>U.S. FINANCIAL FUNDING, INC.,<br><br>       Defendant._____/ | No. C-08-00325 EDL<br><br>**ORDER EXTENDING TIME TO FILE MOTION** |

On May 27, 2011, the Court granted the parties' request for an extension of time to file their motion for preliminary approval of the settlement of this case. The motion was to be filed no later than June 17, 2011. On June 17, 2011, Defendant's counsel filed a letter stating that a final version of the settlement agreement had been negotiated and that the parties anticipated filing their motion for preliminary approval "in the very near future." The Court construes the June 17, 2011 letter as a request for an extension of time, which is reluctantly granted. The motion for preliminary approval of the settlement shall be filed no later than June 27, 2011. In view of the previous extension, the Court does not expect to grant any further extensions of time.

**IT IS SO ORDERED.**

Dated: June 20, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge